**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PWM Property Management LLC, *et al.*,[1] | ) Case No. 21-11445 (MFW) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## <u>CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX</u>

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, a list of creditors (the "**List**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") is filed by attachment hereto.

The List has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned hereby certifies that the List contains the names and addresses of all creditors of the Debtors that could be ascertained as of the date hereof and after diligent inquiry, based on a review of the Debtors' books and records, and is consistent with the information contained therein. To the extent practicable, the List complies with Local Rule 1007-1(a). The Debtors reserve the right to amend or supplement the list as necessary.

Although the information contained in the List is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if available) are: PWM Property Management LLC; 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

with regard to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the List.  In addition, certain of the parties included in the List may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases.  Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

Dated: November 1, 2021         */s/ Moshin Y. Meghi*
                                                   Moshin Y. Meghi
                                                   Chief Restructuring Officer

| | | |
|---|---|---|
| 1Life Healthcare, Inc<br>130 Sutter St, 2nd Fl<br>San Fancisco, CA 94109 | 3Md Relocation Services LLC<br>1915 Janice Ave<br>Melrose Park, IL 60160 | 3rd Coast Imaging, Inc<br>228 S Wabash Ave, Ste 350<br>Chicago, IL 60604 |
| Able Engineering Services<br>P.O. Box 884637<br>Los Angeles, CA 90088-4637 | Able Engineering Services, Inc<br>Attn  Jack O Rourke, Engineering Manager<br>868 Folsom St<br>San Francisco, CA 94107 | ABM Industry Groups, LLC<br>P.O. Box 74008829<br>Chicago, IL 60674-8829 |
| ABM Lakeside, Inc<br>Attn  Joe Loeza, District Manager<br>180 N LaSalle St, Ste 1700<br>Chicago, IL 60601 | Access One<br>Attn  Bill Menges<br>820 W Jackson Blvd, 6th Fl<br>Chicago, IL 60607 | Access One, Inc<br>P.O. Box 74008744<br>Chicago, IL 60674-8744 |
| Accruent, LLC<br>Dept 3636<br>P.O. Box 123636<br>Dallas, TX 75312-3636 | Ace Property   Casualty Insurance Co<br>1133 Ave of the Americas, 38th Fl<br>New York, NY 10036 | Acuity Specialty Products, Inc<br>dba Zep Sales   Service<br>Niagra National<br>13237 Collections Center Dr<br>Chicago, IL 60693 |
| Admiral Mechanical Service, Inc<br>4150 Litt Dr<br>Hillside, IL 60162 | Advent Systems<br>Attn  Linda Raphael<br>435 W Fullerton Ave<br>Elmhurst, IL 60126 | Advent Systems<br>Attn  Linda Raphael<br>436 W Fullerton Ave<br>Elmhurst, IL 60126 |
| Aed Brands, LLC<br>95 Chastain Rd Nw, Ste 302<br>Kennesaw, GA 30144 | AFA Protective Systems Inc<br>Attn  Ms Rita Barbers<br>519 8th Ave<br>New York, NY 10018 | Affirmed Medical Supply Service, Inc<br>Affirmed Medical Service of IL<br>773 Tipperary St<br>Gilberts, IL 60136 |
| Air Comfort Corp<br>2550 Braga Dr<br>Broadview, IL 60155 | Air Filter Engineers<br>489 Mission St<br>Carol Stream, IL 60188 | Air Products Equipment Co<br>1555 Louis Ave<br>Elk Grove Village, IL 60007 |
| Alliance Franchise Brands LLC<br>Sgo Corporate Ctr LLC<br>dba Image360<br>47581 Galleon Dr<br>Plymouth, MI 48170 | Alliance Restoration<br>318 W 39th St<br>New York, NY 10018 | Allied Universal Technology Services<br>3440 Sojourn Dr, Ste 220<br>Carrollton, TX 75006 |
| Aloha Document Service, Inc<br>141 W Jackson Blvd, S-A100A<br>Chicago, IL 60604 | Alphabet Shop<br>300 E Elgin Ave<br>Elgin, IL 60120 | Amlings<br>Attn  Jackie Weaver<br>13833 W Boulton Blvd<br>Lake Forest, IL 60045 |
| Amlings Interior Landscape<br>P.O. Box 826<br>Bensenville, IL 60106 | Aramark Uniform Services<br>Attn  Adrian Georgopoulos, Gen Manager<br>Attn  Shedrick Tabor, District Manager<br>4200 S Halsted<br>Chicago, IL 60609 | Aramark Uniform Services, LLC<br>Auca Chic<br>25259 Network Pl<br>Chicago, IL 60673-1252 |

| | | |
|---|---|---|
| AT T<br>Attn Michael Lees<br>225 W Randolph<br>Chicago, IL 60606 | AT T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | AT T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 |
| AT T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | AT T U-Verse<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | Bank of America<br>675 3rd Ave<br>New York, NY 10017 |
| Bank of America Corporate Center<br>100 N Tryon St<br>Charlotte, NC 28255 | Bear Construction<br>1501 Rohlwing Rd<br>Rolling Meadows, IL 60008-1336 | Bear Construction Co<br>Attn Joe Nieckula, Kyle Wienold<br>1501 Rohlwing Rd<br>Rolling Meadows, IL 60008 |
| Beehive Shoeworks, Inc<br>35 N Wells St<br>Chicago, IL 60606 | Beehive Shoeworks, Inc<br>Attn Sam<br>35 N Wells St<br>Chicago, IL 60606 | Black Box Network Services<br>Attn Gail Porttiin<br>851 Busse Rd<br>Elk Grove Village, IL 60007 |
| Blue Sky Marketing Group<br>633 Skokie Blvd, Ste 100Ll<br>Northbrook, IL 60062 | Boca Group<br>Chrysler Center<br>666 3rd Ave, 6th Fl<br>New York, NY 10017 | Boma Chicago Foundation<br>115 S Lasalle St, Ste 2300<br>Chicago, IL 60603 |
| Bornquist, Inc<br>7050 N Lehigh<br>Chicago, IL 60646 | Boyer-Rosene Moving Storage, Inc<br>2638 S Clearbrook Dr<br>Arlington Heights, IL 60005 | Boys Hope Girls Hope of Illinois<br>1100 N Laramie Ave<br>Wilmette, IL 60091 |
| BrightView Landscape Services, Inc<br>Attn Chris Bobo, Acct Mgr<br>230 N Western Ave<br>Chicago, IL 60612 | Brightview Landscapes, LLC<br>P.O. Box 740655<br>Atlanta, GA 30374-0655 | Brown and Brown Metro LLC<br>Attn Marian Murphy Weiner, CPCU, CIC<br>56 Livingston Ave, Ste 230<br>Roseland, NJ 07068 |
| Brown And Brown Metro, LLC<br>P.O. Box 369<br>Roseland, NJ 07068-0369 | Building Engines<br>33 Arch St<br>Boston, MA 02110 | Building Engines<br>Attn Noelle DiGirolamo<br>33 Arch St<br>Boston, MA 02110 |
| Building Engines<br>Dept 1980<br>P.O. Box 986500<br>Boston, IL 02298-6500 | Burnham Nationwide, Inc<br>Dept 4680<br>Carol Stream, IL 60122 | CAC Specialty<br>115 Office Park Dr<br>Birmingham, AL 35223 |
| Captivate<br>Attn Andrea Upwood<br>180 N LaSalle St, Ste 2220<br>Chicago, IL 60602 | Carrier<br>Attn Susan Peters<br>655 W Grand Ave<br>Elmhurst, IL 60126 | Carrier Commercial Systems Services<br>Attn Susan Peters<br>655 W Grand Ave<br>Elmhurst, IL 60126 |

Carrier Corp  
P.O. Box 93844  
Chicago, IL 60673-3844

Castle Party Rental, LLC  
602 Sidwell Ct, Ste V  
Saint Charles, IL 60174

Cbre, Inc  
P.O. Box 848844  
Los Angeles, CA 90084-8844

Certified Laboratories  
23261 Network Pl  
Chicago, IL 60673-1232

ChargePoint  
Attn  Jessica Rosal  
254 E Hacienda Ave  
Campbell, CA 95008

Chargepoint, Inc  
Dept La 24104  
Pasadena, CA 91185-4104

Charlie Greene Studio Inc  
110 W Kinzie St, 2nd Fl  
Chicago, IL 60654

Chase  
390 Madison Ave  
New York, NY 10017

Chatham Hedging Advisors LLC  
235 Whitehorse Ln  
Kennett Square, PA 19348

Chicago Messenger Service  
P.O. Box 7010  
Westchester, IL 60154

Chicago Office Leasing Brokers Assc  
c/o Executive Productions Ltd  
925 Wolcott Ave, Apt 203  
Chicago, IL 60622

Christopher Glass And Aluminum, Inc  
832 Industrial Dr  
Elmhurst, IL 60126

Cibc Bank Usa  
120 S Lasalle St  
Chicago, IL 60603

City of Chicago  
Dept of Finance  
121 N Lasalle St, Rm 501  
Chicago, IL 60602

City of Chicago  
Dept of Revenue  
22149 Network Pl  
Chicago, IL 60673

City of Chicago  
Dept of Water Mgmt  
P.O. Box 6330  
Chicago, IL 60680-6330

City of Chicago  
Hansen Ipi  
P.O. Box 95242  
Chicago, IL 60694-5242

City of Chicago  
P.O. Box 6330  
Chicago, IL 60680-6330

Classic Security LLC  
dba Alliance Security  
318 W 39th St  
New York, NY 10018

Cleveland Marble Mosaic Co  
4595 Hinckley Industrial Pkwy  
Cleveland, OH 44109

Clowning Around Entertainment  
220 S Shaddle Ave  
Mundelein, IL 60060

Clune Construction Company, LP  
10 S Riverside Plz, Ste 2200  
Chicago, IL 60606

Coffee Unlimited  
1408 S Clinton  
Chicago, IL 60607-5102

Cogent Communications, Inc  
Attn  Kurt Dudley  
2450 N St, NW  
Washington, DC 20037

Cogent Communications, Inc  
P.O. Box 791087  
Baltimore, MD 21279

Cogent Fiber  
P.O. Box 791087  
Baltimore, MD 21279

Com Ed  
P.O. Box 6112  
Carol Stream, IL 60197-6112

Comcast  
Attn  Comcast Customer Service  
1255 W North Ave  
Chicago, IL 60642

Comcast  
Attn  Kevin Kenney  
2001 York Rd  
Oakbrook, IL 60523

Comcast  
Attn  Misha Levchenko  
1255 W North Ave  
Chicago, IL 60642

3

| | | |
|---|---|---|
| Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | Comcast Cable Communications Management<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | ComEd<br>Attn  Tom Williams<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | Commercial Loan Services<br>Attn  Joseph Yim<br>Sr Portfolio Analyst<br>Commercial Loan Services<br>929 Gessner, Ste 1740<br>Houston, TX 77024 | Competitive Piping Systems, Inc<br>141 W Jackson Blvd, Ste A-30<br>Chicago, IL 60604 |
| Complete Fire Pump Service LLC<br>2328 E Lincoln Hwy, Ste 212<br>New Lenox, IL 60451 | Complete Pump Services Co, Inc<br>461 S Irmen Dr<br>Addison, IL 60101 | ConEd<br>c/o Con Edison<br>P.O. Box 138, Cooper Stn<br>New York, NY 10276-0138 |
| ConEd<br>c/o Consolidated Edison of New York, Inc<br>Attn  Law Dept<br>4 Irving Pl, Rm 1875<br>New York, NY 10003 | ConEd - ENGIE Resources<br>c/o Con Edison<br>P.O. Box 138, Cooper Stn<br>New York, NY 10276-0138 | ConEd - ENGIE Resources<br>c/o Consolidated Edison of New York, Inc<br>Attn  Law Dept<br>4 Irving Pl, Rm 1875<br>New York, NY 10003 |
| Connectivity Wireless<br>Attn  Melissa Warner<br>2707 Main St, Ste 1<br>Duluth, GA 30096 | Cook County Government<br>118 N Clark St, Rm 1160<br>Chicago, IL 60602 | Cook County Treasurer<br>P.O. Box 805436<br>Chicago, IL 60680-4116 |
| Cornerstone Research, Inc<br>Two Embarcadero Ctr, 20th Fl<br>San Francisco, CA 94111 | Corporate Cleaning Services<br>Attn  Charlie E Adkins<br>21 W Elm St<br>Chicago, IL 60610 | Corporate Cleaning Svcs, Inc<br>21 W Elm St, Ste 9<br>Chicago, IL 60610 |
| Corporate Concierge Services, Inc<br>P.O. Box 1100<br>Chicago, IL 60690-1100 | Crossland Mechanical Inc<br>237 W 37th St, 4th Fl<br>New York, NY 10018 | Crown Energy Services Inc<br>dba Able Engineering Services Inc<br>868 Folsom St<br>San Francisco, CA 94107 |
| Cummins Npower, LLC<br>Attn  Terrance Perkins<br>7145 Santa Fe Dr<br>Hodgkins, IL 60525 | Cummins Npower, LLC<br>Nw 7686, P.O. Box 1450<br>Minneapolis, MN 55485-7686 | Current Communications<br>Attn  Gene Lewaniak<br>2600 W 32nd St<br>Broadview, IL 60155 |
| Current Communications  Electric Corp<br>2600 W 23rd St<br>Broadview, IL 60155 | Custom Electrical Systems Inc<br>176 N Brandon Dr<br>Glendale Heights, IL 60139 | Custom Sign Consultants, Inc<br>3915 W Armitage Ave<br>Chicago, IL 60647 |
| D P Mechanical, Inc<br>6853 W 60th Pl<br>Chicago, IL 60638 | Daniel Carroccio<br>Address Provided Upon Request | Delaware Division of Revenue<br>Attn  Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 |

In re PWM Property Management LLC, et al., Case No. 21-11445 (MFW)

| | | |
|---|---|---|
| Delaware State Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | Dell Marketing LP<br>c/o Dell Usa LP<br>P.O. Box 802816<br>Chicago, IL 60680-2816 | Dennis Mcgann<br>Compass Group North America<br>2400 Yorkmont Rd<br>Charlotte, NC 28217 |
| Development Solutions Inc<br>1900 Spring Rd, Ste 510<br>Oak Brook, IL 60523 | Direct Energy Business LLC<br>P.O. Box 70220<br>Philadelphia, PA 19176-0220 | Direct Fitness Solutions, LLC<br>600 Tower Rd<br>Mundelein, IL 60060 |
| Dukes Oil Service, LLC<br>783 Fairway Dr<br>Bensenville, IL 60106 | Dynamic Door Service Inc<br>1165 Deep Woods Dr<br>Elgin, IL 60120 | Dynegy<br>27679 Network Pl<br>Chicago, IL 60673 |
| Dynegy Energy Services, LLC<br>1500 Eastport Plaza Dr<br>Collinsville, IL 62234 | Dynegy Energy Services, LLC<br>27679 Network Pl<br>Chicago, IL 60673 | Dynegy Energy Services, LLC<br>Attn Customer Care<br>1500 Eastport Plaza Dr<br>Collinsville, IL 62234 |
| Dynegy Energy Services, LLC<br>Attn Jordan Presberry<br>1500 Eastport Plz Dr<br>Collinsville, IL 62234 | E Sam Jones Dstrb, Inc<br>P.O. Box 536794<br>Atlanta, GA 30353 | E2 Optics, LLC<br>76 Inverness Dr E, Ste A<br>Englewood, CO 80112 |
| Eastlake Studio<br>333 N Michigan Ave, Ste 2600<br>Chicago, IL 60601 | Elevator Inspection Services Co Inc<br>745 N Mcclintock Dr, Ste 235<br>Burr Ridge, IL 60527 | Ellen Trager<br>Address Provided Upon Request |
| Environmental Futures<br>Attn Jordan Taylor<br>2210 W Irving Park Rd<br>Chicago, IL 60618 | Environmental Futures, Inc<br>2210 W Irving Park Rd<br>Chicago, IL 60618 | Environmental Systems Design Inc<br>7947 Solution Ctr<br>Chicago, IL 60677-7009 |
| Essity- Tork Advantage<br>Attn Sarah Paul<br>North America LLC<br>Cira Centre, Ste 2600<br>2929 Arch St<br>Philadelphia, PA 19104 | Evergreen Supply Co<br>1400 Ardmore Ave<br>Itasca, IL 60143-1107 | Everlights Inc<br>1105 Stevenson Ct, Ste 104E<br>Roselle, IL 60172 |
| Executive Productions, Ltd<br>925 N Wolcott Ave, Apt 203<br>Chicago, IL 60622 | Factory Mutual Insurance Co<br>P.O. Box 7500<br>Johnston, RI 02919 | Fedex<br>P.O. Box 94515<br>Palatine, IL 60094-4515 |
| Finlay General Contractors<br>130 W 29th St, 3rd Fl<br>New York, NY 10001 | Fireman s Fund Insurance Co<br>1 Progress Point Pkwy<br>O Fallon, MO 63368 | Fooda<br>Attn Michal Perconte<br>363 W Erie St<br>Chicago, IL 60654 |

| | | |
|---|---|---|
| Forrest Solutions Inc<br>19 W 44th St<br>New York, NY 10036 | Forward Space LLC<br>8632 Solution Ctr<br>Chicago, IL 60677 | Frequency Audio Services<br>5308 N Northwest Hwy<br>Chicago, IL 60630 |
| Garrick Film, Inc<br>925 W Huron St, Ste 103<br>Chicago, IL 60642 | Georgia-Pacific<br>Attn Sarah Paul<br>North American<br>133 Peachtree St NE<br>Atlanta, GA 30303 | Gerald M Palmere<br>Address Provided Upon Request |
| Gha Technologies Inc<br>Dept 2090<br>P.O. Box 29661<br>Phoenix, AZ 85038 | Glenn J Georgen<br>Address Provided Upon Request | Goddess And Baker Wacker, LLC<br>225 N Lasalle<br>Chicago, IL 60607 |
| Goddess And The Baker LLC<br>181 W Madison<br>Chicago, IL 60602 | Great Lakes Plumbing  Heating Co<br>4521 W Diversity Ave<br>Chicago, IL 60639 | Greenberg Traurig<br>P.O. Box 936769<br>Atlanta, GA 31193-6769 |
| Hard Surface Finishers, Inc<br>904 S Roselle Rd, Ste 406<br>Schaumburg, IL 60193 | Harvard Maintenance Inc<br>59 Maiden Ln, 17th Fl<br>New York, NY 10038 | Hna Group North America, LLC<br>1180 Ave of the Americas, Ste 1801<br>New York, NY 10036 |
| Honeywell Building Solutions<br>5 Dakota Dr, Ste 120<br>Lake Success, NY 10042 | Hydzik Schade Associates, Ltd<br>135 S Lasalle St, Ste 3710<br>Chicago, IL 60603 | Illinois Department of Revenue<br>P.O. Box 19045<br>Springfield, IL 62794-9045 |
| Image 360<br>162 N Franklin, Ste 200<br>Chicago, IL 60606 | Image360 Chicago Loop<br>162 N Franklin St, Ste 200<br>Chicago, IL 60606 | Industrial Door Co<br>1555 Landmeier Rd<br>Elk Grove Village, IL 60007 |
| Infrared Inspections, Inc<br>6554 S Austin<br>Bedford Park, IL 60638 | Insight<br>P.O. Box 731069<br>Dallas, TX 75373-1069 | Insight Direct Usa, Inc<br>P.O. Box 731069<br>Dallas, TX 75373-1069 |
| Internal Revenue Service<br>2970 Market St<br>Mail Stop 5-Q30133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James C Mounts<br>Address Provided Upon Request |
| Jenkins  Huntington, Inc<br>5 Climax Rd<br>Avon, CT 06001 | Jlw Instruments, Inc<br>14 N Peoria St, Ste B-101<br>Chicago, IL 60607 | John Lyle  Associates, Inc<br>1 N Lasalle St, Ste 1325<br>Chicago, IL 60602 |

| | | |
|---|---|---|
| Johns Plumbing Inc<br>3116 N Cicero Ave<br>Chicago, IL 60641 | Johnson Control<br>Attn  Andrea Okrasinski<br>91 N Mitchell Ct<br>Addison, IL 60101 | Johnson Controls<br>Attn  Andrea Okrasinski<br>91 N Mitchell Ct<br>Addison, IL 60101 |
| Johnson Controls Fire Protection LP<br>Dept Ch 10320<br>Palatine, IL 60055 | Jonathon Roberts<br>Address Provided Upon Request | Jones Lang Lasalle Americas, Inc<br>Bmo Harris Bank NA<br>95661 Treasury Center Dr<br>Chicago, IL 60694-5661 |
| Jose Chavarria<br>Address Provided Upon Request | Joyce Yang<br>Address Provided Upon Request | JPMorgan Chase<br>270 Park Ave<br>New York, NY 10017 |
| Jv Studios, LLC<br>2201 S Halsted, Ste 1329<br>Chicago, IL 60608 | Kappa Vis, Inc<br>Bake For Me<br>4305 S Halsted St<br>Chicago, IL 60609 | Kardin Systems Inc<br>8024 Bracken Pl SE<br>Snoqualmie, WA 98065 |
| Katherine Murphy<br>Address Provided Upon Request | Kelsey Morgan Nagelvoort<br>Address Provided Upon Request | Kevin Kerveng Tung PC<br>136-20 38th Ave, Ste 3D<br>Flushing, NY 11354 |
| Keybank<br>Attn  Audrey Dallas<br>127 Public Sq<br>Cleveland, OH 44114 | Kilpatrick Townsend   Stockton, LLP<br>P.O. Box 945614<br>Atlanta, GA 30394 | Kleen Air Service Corp<br>5354 N Northwest Hwy<br>Chicago, IL 60630 |
| Krystal Kurinsky<br>Address Provided Upon Request | L2P<br>1717 Arch St, Ste 200<br>Philadelphia, PA 19103 | Landy Wolf, PLLC<br>Attn  Steve Landy, Esq<br>270 Madison Ave, Ste 1400<br>New York, NY 10022 |
| Legacy Lockers LLC<br>P.O. Box 679181<br>Dallas, TX 75267 | Liberty Insurance Underwriters, Inc<br>70 Stevenson St<br>San Francisco, CA 94105 | LifeStart Midwest, Inc<br>Attn  Mike Flanagan<br>125 S Wacker Dr, Ste 2155<br>Chicago, IL 60606 |
| Lifestart Wellness Network<br>318 W Adams, Ste 1705<br>Chicago, IL 60606 | Lime Brokerage LLC<br>1001 Ave of Americas, 16th Fl<br>New York, NY 10018 | Lloyd s Illinois, Inc<br>280 Park Ave, 25th Fl<br>New York, NY 10017 |
| MAD Elevator Inc<br>Attn  Jeremy Snyder<br>6635 Ordan Dr<br>Mississauga, ON L5T 1K6<br>Canada | Maggiano s Inc<br>dba Maggiano s Little Italy<br>516 N Clark St<br>Chicago, IL 60654 | Mark Buth<br>Address Provided Upon Request |

| | | |
|---|---|---|
| Martin Supply Co<br>1942E Lehigh Ave<br>Glenview, IL 60026 | Marvelez Services, Inc<br>P.O. Box 805833<br>Chicago, IL 60680 | Masco Associates, Inc<br>20 Briar Creek Dr<br>Hawthorn Woods, IL 60047 |
| Matting By Design<br>715 N Finn Dr<br>Algona, IA 50511 | Mayer Brown LLP<br>230 S Lasalle St<br>Chicago, IL 60604-1404 | Mayer Brown LLP<br>Attn  Patrick J McNerney<br>71 S Wacker Dr<br>Chicago, IL 60606 |
| Mazars Usa LLP<br>135 W 50th St<br>New York, NY 10020 | MB Real Estate<br>Attn  Suzanne Hendricks<br>181 W Madison St, Ste 4700<br>Chicago, IL 60602 | MB Real Estate Management<br>181 W Madison St, Ste 4700<br>Chicago, IL 60602 |
| MB Real Estate Payroll<br>181 W Madison St, Ste 4700<br>Chicago, IL 60602 | MB Real Estate Services Inc<br>181 W Madison St, Ste 4700<br>Chicago, IL 60602 | McCloud Services<br>Attn  Ben Bahrey<br>1635 N Lancaster Rd S<br>Elgin, IL 60177 |
| Mccloud Services<br>P.O. Box 95261<br>Chicago, IL 60694-5261 | Mcfarlane Douglas Companies<br>143 Tower Dr<br>Burr Ridge, IL 60527 | McFarlane Douglass<br>Attn  Doug Sisson<br>143 Tower Dr<br>Burr Ridge, IL 60527 |
| Mcmaster-Carr Supply Co<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | Meteor Illumination Technologies Inc<br>1300 John Reed Ct, Unit B<br>City Of Industry, CA 91745 | Metropolitan Transportation Authority<br>2 Broadway<br>New York, NY 10004 |
| Mezza<br>181 W Madison St, Ste 150<br>Chicago, IL 60602 | Michael Stapleton Associates Ltd<br>dba MSA Security<br>9 Murray St<br>New York, NY 10007 | Midway Flooring, Inc<br>10216 Werch Dr, Ste 114<br>Woodridge, IL 60517 |
| Mogull Realty, Inc<br>Attn  Kim Mogull<br>303 E 57th St, 40th Fl<br>New York, NY 10022 | Motion Industries, Inc<br>P.O. Box 504606<br>St Louis, MO 63150 | Mulligan Security Corp<br>Attn  Kevin Mulligan<br>2 Penn Plz<br>New York, NY 10121 |
| Nalco<br>Attn  Ryan Best<br>P.O. Box 70716<br>Ref  65138060<br>Chicago, IL 60673 | Nalco An Ecolab Company<br>1501 Broadway, Ste 1708<br>New York, NY 10036 | Nalco Company LLC<br>dba Nalco Water<br>P.O. Box 70716<br>Chicago, IL 60673 |
| National Decorating Service Inc<br>2210 Camden Ct<br>Oak Brook, IL 60523 | National Lift Truck, Inc<br>3333 Mt Prospect Rd<br>Franklin Park, IL 60131 | Nations Roof East<br>255 Lake Ave<br>Yonkers, NY 10701 |

Nature Environmental Services
1833 W Rte 17
Kankakee, IL 60901

Navigators Insurance Co
1 Penn Plz, 32nd Fl
New York, NY 10119

NEC Financial Services
Attn  Veronica Brown
250 Pehle Ave, Ste 704
Saddle Brook, NJ 07663

Neuco, Inc
P.O. Box 7719
Carol Stream, IL 60197-7719

New York City Water Supply
P.O. Box 11863
Newark, NJ 07101-8163

Newmark Grubb Knight Frank
500 W Monroe St, Ste 2900
Chicago, IL 60661

Newmark Knight Frank V
aluation   Advisory, LLC
125 Park Ave, 12th Fl
New York, NY 10017

Niles Creative Group, Inc
3620 Gardens Pkwy, Ste 1701B
Palm Beach Gardens, FL 33410

Nir Roof Care, Inc
11317 Smith Dr
Huntley, IL 60142

NIR Roof Care, Inc
Attn  Robert Blume
12191 Regency Pkwy
Huntley, IL 60142

Norstan Communications, Inc
P.O. Box 775192
Chicago, IL 60677-5192

North American
2101 Claire Ct
Glenview, IL 60025-7634

Novatronics, Inc
Div of Bornquist
7050 N Lehigh
Chicago, IL 60646

NRG Curtailment Solutions Inc
Attn  Colleen O Neil
4433 Genesee St, Ste 401
Buffalo, NY 14225

NYC Department of Finance
P.O. Box 680
Newark, NJ 07101-0680

Office of the Attorney General
Attn  Letitia James, Attorney General
The Capitol
Albany, NY 12224-0341

Office of the Attorney General
State of Illinois
100 W Randolph St
Chicago, IL 60601

Office of the Attorney General
State of Illinois
500 S 2nd St
Springfield, IL 62701

Office of the US Trustee
Attn  T Patrick Tinker
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801

Office Revolution, LLC
2275 Half Day Rd, Ste 100
Bannockburn, IL 60015

Olde Towne Floor Covering, Inc
12344 S Industrial Dr E
Plainfield, IL 60585-8575

Osco Incorporated
P.O. Box 698
Minooka, IL 60447

Overhead Door Solutions, Inc
920 W Kenilworth Ave
Palatine, IL 60067

Ow Hospitality
3252 Dug Gap Rd SW
Dalton, GA 30720

Partners By Design, Inc
363 W Erie St, Unit 600
Chicago, IL 60654

Peerless Rug Co
3033 N Lincoln Ave
Chicago, IL 60657

Perkins   Will, Inc
P.O. Box 71181
Chicago, IL 60694-1181

Petra   Holum LLC
6600 W Armitage Ave
Chicago, IL 60707

Platinum Maintenance Service Corp
Attn  Mr Jason Dove
120 Broadway, 36th Fl
New York, NY 10271

Ppg Architectural Finishes, Inc
P.O. Box 536864
Atlanta, GA 30353-6864

| | | |
|---|---|---|
| Premier Glass Services LLC<br>400 Country Club Dr<br>Bensenville, IL 60106 | QBE Insurance Corp<br>55 Water St, 19th Fl<br>New York, NY 10041-0006 | Redmond Construction Corp<br>319 W Ontario, Ste 1<br>Chicago, IL 60654 |
| Regal<br>Attn Todd Kudrna<br>211 W Wacker Dr, Ste 400<br>Chicago, IL 60606 | Regal Business Machines<br>1140 W Washington Blvd<br>Chicago, IL 60607 | Riggio/Boron Ltd<br>2410 Millennium Dr<br>Elgin, IL 60124 |
| Rightsize Facility Performance of IL<br>5000 W Roosevelt Rd<br>Chicago, IL 60644 | Roger Hastings Interiors<br>1625 N Wood St, 1st Fl<br>Chicago, IL 60622-1382 | Rotating Equipment Specialist, LLC<br>421 W Wrightwood Ave<br>Elmhurst, IL 60126 |
| Schindler Elevator Corp<br>Attn Dave Shaulis, Michael Knezz<br>100 S Wacker Dr, Ste 1575<br>Chicago, IL 60606 | Schindler Elevator Corp<br>P.O. Box 93050<br>Chicago, IL 60673-3050 | Secretary of State<br>Dept of Business Svcs<br>Limited Liability Division<br>501 S Second St, Rm 357<br>Springfield, IL 62756 |
| Secretary of State<br>Div of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | Securities Exchange Commission<br>100 F St NE<br>Washington, DC 20549 | Securities Exchange Commission<br>New York Regional Office<br>Attn Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 |
| SitusAM<br>Attn Sol Solomonov<br>VP, Asset Mgt<br>150 E 52nd St, Ste 4002<br>New York, NY 10022 | SL Green<br>Attn Andrew Falk<br>1 Vanderbilt Ave<br>New York, NY 10017 | SL Green<br>Attn Harry Sitomer<br>1 Vanderbilt Ave<br>New York, NY 10017 |
| SL Green Management Corp<br>c/o SL Green Realty Corp<br>Attn Andrew S Levine, Esq<br>420 Lexington Ave<br>New York, NY 10170 | SL Green Realty Corp<br>420 Lexington Ave<br>New York, NY 10170 | Sonu Media<br>430 Commerce Lane, Ste F<br>West Berlin, NJ 08091 |
| Sonu Media<br>Attn William Selvagn<br>430 Commerce Ln, Ste F<br>West Berlin, NJ 08091 | South Water Signs LLC<br>934 N Church Rd<br>Elmhurst, IL 60126 | Sp Plus Corp<br>8037 Collection Ctr Dr<br>Chicago, IL 60693 |
| Staples Business Advantage<br>P.O. Box 660409<br>Dallas, TX 75266-0409 | Staples Business Advantage<br>P.O. Box 83689<br>Chicago, IL 60696 | State Chemical Solutions<br>P.O. Box 844284<br>Boston, MA 02284-4284 |
| State of Delaware Attorney General<br>Office of the Attorney General<br>Attn Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | Steiner Electric Co<br>1250 Touhy Ave<br>Elk Grove Village, IL 60007 | Stuart Dean<br>Attn James Beaudoin<br>870 W Division St, Ste F<br>Chicago, IL 60622 |

| | | |
|---|---|---|
| Stuart Dean Co, Inc<br>P.O. Box 412474<br>Boston, MA 02241-2474 | Suburban Door  Lock Service Inc<br>415 W Ogden Ave<br>Westmont, IL 60559 | Swiss Post Solutions Inc<br>Attn  COO North America<br>10 E 40th St<br>New York, NY 10016 |
| T Mobile<br>Attn  T mobile Customer Relations<br>P.O. Box 37380<br>Albuquerque, NM 87176-7380 | Tarter Krinsky  Drogin, LLP<br>1350 Broadway<br>New York, NY 10018 | Tb Premier Services, Inc<br>8928 Brandon Rd<br>Darien, IL 60561 |
| TB Premier Services, Inc<br>Attn  Laura DeRousse<br>20 W Kinzie, 17th Fl<br>Chicago, IL 60654 | Technical Source, Inc<br>1447 E Rosita Dr<br>Palatine, IL 60074 | The Brattle Group<br>1 Beacon St, Ste 2600<br>Boston, MA 02108 |
| The North River Insurance Co<br>305 Madison Ave<br>Morristown, NJ 07960 | The Umbrella Binder<br>55 Water St, 19th Fl<br>New York, NY 10041-0006 | Therm Flo, Inc<br>875 Busch Pkwy<br>Buffalo Grove, IL 60089 |
| Thomas Interior Systems, Inc<br>476 Brighton Dr<br>Bloomingdale, IL 60108 | Time Warner Cable<br>P.O. Box 4639<br>Carol Stream, IL 60132 | Timekeeping Systems, Inc<br>30700 Bainbridge Rd, Ste H<br>Solon, OH 44139 |
| Titan Security Services, Inc<br>614 W Monroe<br>Chicago, IL 60661 | Titan Security Services, Inc<br>Attn  T Sheetz, M Hubatch, D Pack<br>614 W Monroe<br>Chicago, IL 60661 | Titan Security Services, Inc<br>Attn  Todd Sheetz, Dave Pack<br>614 W Monroe<br>Chicago, IL 60661 |
| Titan Security Services, Inc<br>P.O. Box 95790<br>Chicago, IL 60694-5790 | T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | Trane Co<br>P.O. Box 98167<br>Chicago, IL 60693 |
| Trane Company<br>Attn  David Ross<br>7100 Madison<br>Willowbrook, IL 60521 | Uline, Inc<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | Unishippers<br>POBox 733851<br>Dallas, TX 75373 |
| United Parcel Service, Inc<br>P.O. Box 809488<br>Chicago, IL 60680-9488 | US Attorney for the District of Delaware<br>Attn  David C Weiss<br>Hercules Bldg<br>US Attorney s Office<br>1313 N Market St<br>Wilmington, DE 19801 | US Fire   Safety<br>Attn  Abi Chae<br>6542 N Milwaukee Ave<br>Chicago, IL 60603 |
| Us Fire   Safety Equipment<br>2412 Millenium Dr<br>Elgin, IL 60124 | Valley Forge Insurance Co<br>151 N Franklin St<br>Chicago, IL 60606 | Verit Advisors, LLC<br>181 W Madison St, Ste 3745<br>Chicago, IL 60602 |

| | | |
|---|---|---|
| Veritiv Operating Co<br>7472 Collection Ctr Dr<br>Chicago, IL 60693 | Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 | Verizon Wireless<br>P.O. Box 15124<br>Albany, NY 12212-5124 |
| Vht, Inc<br>6400 Shafer Ct, Ste 200<br>Rosemont, IL 60018 | Victor Envelope Co<br>301 Arthur Ct<br>Bensenville, IL 60106 | View The Space, Inc<br>75 Remittance Dr, Dept 6076<br>Chicago, IL 60675-6076 |
| Vortex Enterprises<br>25 W Official Rd<br>Addison, IL 60101 | Washtown Eq Co, Inc<br>4034 W Montrose Ave<br>Chicago, IL 60641 | Waste Connections of New York Inc<br>330 7th Ave<br>New York, NY 10001 |
| Waste Management<br>Attn  Daniel Mahar<br>1500 N Hooker St<br>Chicago, IL 60622 | Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | Wells Fargo<br>420 Montgomery St<br>San Francisco, CA 94104 |
| Wells Fargo<br>437 Madison Ave<br>New York, NY 10022 | Wells Fargo<br>Attn  Todd Kudrna<br>1961 Hirst Dr<br>Maberly, MO 65270 | Wells Fargo<br>c/o Wells Fargo Corporate   Inv Banking<br>Commercial Mortgage Servicing<br>Attn  Mike Benner, Travis Nauman<br>401 S Tryon St, 8th Fl<br>Charlotte, NC 28202 |
| Wells Fargo Vendor Financial Serv<br>P.O. Box 105743<br>Atlanta, GA 30348-5743 | Wesco Insurance Company<br>874 Walker Rd, Ste C<br>Dover, DE 19904 | Westchester Fire Insurance Co<br>455 Market St, 17th Fl<br>San Francisco, CA 94105 |
| White   Case LLP<br>1221 Ave of the Americas<br>New York, NY 10020 | White   Case LLP<br>Attn  Bojan Guzina<br>Attn  Gregory F Pesce<br>111 S Wacker Dr, Ste 5100<br>Chicago, IL 60606 | White   Case LLP<br>Attn  Thomas E Lauria<br>Attn  Fan B He<br>200 S Biscayne Blvd, Ste 4900<br>Miami, FL 33131 |
| Whitney Inc<br>123 N Wacker Dr, Ste 2450<br>Chicago, IL 60606 | Wilkin Insulation Co<br>501 W Carboy Rd<br>Mount Prospect, IL 60056 | Windy City Amusements Inc<br>914 W Main St<br>St Charles, IL 60174 |
| Wiss, Janney, Elstner Asso, Inc<br>P.O. Box 204645<br>Dallas, TX 75320 | Wright Heerema Architects<br>140 S Dearborn St, Ste 200<br>Chicago, IL 60603 | Wu   Kao, Pllc<br>747 Third Ave, 22nd Fl<br>New York, NY 10017 |
| Ww Grainger Inc<br>Dept<br>Palatine, IL 60038-0001 | Young Conaway Stargatt   Taylor, LLP<br>Attn  Edmon L Morton<br>Attn  Kenneth J Enos<br>Attn  Allison S Mielke<br>1000 N King St<br>Wilmington, DE 19801 | Zade Tagani<br>181 W Madison, Ste 3125<br>Chicago, IL 60602 |

| | | |
|---|---|---|
| Zera Construction Company, Inc<br>7800 N Lehigh Ave<br>Niles, IL 60714 | Ziken Signage, LLC<br>2135 W Carroll Ave<br>Chicago, IL 60612 | Zurich American Insurance Co<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 |

Zurich Financial Services
1400 American Ln
Schaumburg, IL 60196-1056