**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PWM Property Management LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11445 (MFW) |
| In re:<br><br>245 Park Avenue Property LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11437 (MFW) |
| In re:<br><br>HNA 245 Park Ave JV LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11438 (MFW) |
| In re:<br><br>245 Park JV LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11439 (MFW) |
| In re:<br><br>245 Park Avenue Mezz C LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11440 (MFW) |
| In re:<br><br>245 Park Avenue Mezz B LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11441 (MFW) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| 245 Park Avenue Mezz A LLC, | ) | Case No. 21-11442 (MFW) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| 181 West Madison Holding LLC, | ) | Case No. 21-11443 (MFW) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| 181 West Madison Property LLC, | ) | Case No. 21-11444 (MFW) |
| Debtor. | ) | |

**ORDER AUTHORIZING MOTION OF DEBTORS FOR ENTRY OF ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**"), pursuant to section 1015(b) of the title 11 of the United States Code (the "**Bankruptcy Code**"), rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), authorizing consolidation of these chapter 11 cases for procedural purposes only, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon consideration of the First Day Declaration and the record of the Hearing and all of the proceedings had before the Court, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein. Any objections or reservations of rights filed in respect of the Motion are overruled, with prejudice.

2. The above-captioned cases shall be consolidated for procedural purposes only and shall be jointly administered under the case number assigned to PWM Property Management LLC, Case No. 21-11445, as follows:

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PWM Property Management LLC, *et al.*,[1] | ) | Case No. 21-11445 (MFW) |
| Debtors. | ) | (Jointly Administered) |

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if available) are: PWM Property Management LLC; 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

3. The foregoing caption and footnote satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. The Clerk of this Court shall make separate docket entries in both of the above-captioned cases substantially as follows:

> The Bankruptcy Court has entered an order in accordance with Federal Rule of Bankruptcy Procedure 1015(b) and Local Bankruptcy Rule 1015-1 providing for the joint administration of the chapter 11 cases of PWM Property Management LLC, a Delaware corporation, and its affiliated debtors. The docket in Case No. 21-11445 (MFW) should be consulted for all matters affecting these cases.

5. The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6. The procedural consolidation shall be for administrative purposes only and nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the chapter 11 cases.

7. The Debtors are authorized to execute and deliver such documents and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

8. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied.

9. This Order is immediately effective and enforceable notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

**Dated: November 2nd, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**