# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PWM Property Management LLC, *et al.*,[1] | ) Case No. 21-11445 (MFW) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket No. 60** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 60

**PLEASE TAKE NOTICE THAT** the undersigned hereby withdraws the *Notice of Motion Regarding Debtors' Motion for Entry of an Order Authorizing the Rejection of the Property Management and Leasing Agreement Between 245 Park Avenue Property LLC and S.L. Green Management Corp., Effective as of the Debtors' Petition Date*, filed at Docket No. 60. A corrected notice has been filed at Docket No. 61.

*[Signature page follows]*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if available) are: PWM Property Management LLC; 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

28771242.1

.Dated: November 3, 2021

Respectfully submitted,

/s/ *Allison S. Mielke*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Allison S. Mielke (No. 5934)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
emorton@ycst.com
kenos@ycst.com
amielke@ycst.com

Thomas E Lauria (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
(305) 371-2700
tlauria@whitecase.com
fhe@whitecase.com

Bojan Guzina (admitted *pro hac vice)*
Jason N. Zakia (admitted *pro hac vice)*
Gregory F. Pesce (admitted *pro hac vice*)
WHITE & CASE LLP
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
(312) 881-5400
bojan.guzina@whitecase.com
jzakia@whitecase.com
gregory.pesce@whitecase.com

*Proposed Counsel to Debtors and Debtors-in-Possession*