IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) <br> ) <br> PWM Property Management LLC, *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 21-11445 (MFW) <br><br> (Jointly Administered) <br><br> **Re: Docket Nos. 10, 57, 196 & 197** |

NOTICE OF FILING PROPOSED
FINAL CASH COLLATERAL ORDERS

**PLEASE TAKE NOTICE** that, on October 31, 2021, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 10] (the "**Motion**"). On November 3, 2021, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 57] granting the Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that, on December 3, 2021, the Court entered orders [Docket Nos. 196 and 197] (the "**Second Interim Orders**") granting the Motion on a further interim basis.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain non-substantive revisions to the Second Interim Orders as reflected in the proposed revised orders,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

28863268.1

attached hereto as **Exhibits A** and **C** (together, the "**Proposed Final Orders**" and each, a "**Proposed Final Order**").  For the convenience of the Court and interested parties, blacklines reflecting the changes between the Second Interim Orders and the Proposed Final Orders are attached hereto as **Exhibits B and D**.  The Debtors and Situs Holdings, LLC, as Special Servicer for the 2017-245P Trustee and the 2020-LOOP Trustee do not object to entry of the Proposed Final Orders.

**PLEASE TAKE FURTHER NOTICE** that the Motion is currently scheduled to be heard on **December 13, 2021 at 11:30 a.m. (ET)** (the "**Hearing**").  The Debtors reserve the right to further revise the Proposed Final Orders in all respects prior to or at the Hearing.

*[signature page follows]*

28863268.1

Dated: December 8, 2021

Respectfully submitted,

/s/ *Allison S. Mielke*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Allison S. Mielke (No. 5934)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
emorton@ycst.com
kenos@ycst.com
amielke@ycst.com

Thomas E Lauria (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
(305) 371-2700
tlauria@whitecase.com
fhe@whitecase.com

Bojan Guzina (admitted *pro hac vice*)
Jason N. Zakia (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
WHITE & CASE LLP
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
(312) 881-5400
bojan.guzina@whitecase.com
jzakia@whitecase.com
gregory.pesce@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

28863268.1