IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PWM Property Management LLC, *et al.*,[1] | ) Case No. 21-11445 (MFW) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket Nos. 78, 91, 94, 143, 156, 207, 210 & 227** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER DENYING MOTION TO DISMISS**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certify as follows:

1. On November 11, 2021, 245 Park Member LLC ("**245 Park Member**") filed the *Motion of 245 Park Member LLC for an Order Dismissing the Debtors' Chapter 11 Cases* [Docket No. 78] (the "**Motion to Dismiss**"). Meritz Alternative Investment Management, the Mezz A Lender Group, and the Mezz B Lender Group filed joinders to the Motion to Dismiss. *See* Docket Nos. 91, 94, and 143.

2. On December 7, 2021, the Debtors filed the *Debtors' Opposition to the Motion of 245 Park Member LLC for an Order Dismissing the Debtors' Chapter 11 Cases* [Docket No. 207] (the "**Opposition**"). HNA Group North America LLC joined in the Opposition. *See* Docket No. 210. In addition, Situs Holdings, LLC ("**Situs**"), as Special Servicer for the 2017-245P Trustee and the 2020-LOOP Trustee, filed a limited objection to the Motion. *See* Docket No. 156.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

28926117.1

3.  On December 10, 2021, 245 Park Member filed the *Reply in Support of Motion of 245 Park Member LLC for an Order Dismissing the Debtors' Chapter 11 Cases* [Docket No. 227].

4.  On December 13, 2021, this Court held a hearing (the "**Hearing**") to consider the Motion to Dismiss. After hearing evidence and argument, this Court denied the Motion to Dismiss for the reasons stated on the record at the Hearing.

5.  Attached hereto as **Exhibit A** is a proposed order (the "**Proposed Order**") denying the Motion to Dismiss. The Debtors provided a draft of the Proposed Order to counsel for 245 Park Member and Situs (collectively, the "**Interested Parties**"). The Interested Parties have confirmed to Debtors' counsel that they do not object to entry of the Proposed Order. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

*[signature page follows]*

| | |
|---|---|
| Dated: December 19, 2021 | Respectfully submitted,<br><br>/s/ *Allison S. Mielke*<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Allison S. Mielke (No. 5934)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>emorton@ycst.com<br>kenos@ycst.com<br>amielke@ycst.com<br><br>Thomas E Lauria (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, Florida 33131<br>(305) 371-2700<br>tlauria@whitecase.com<br>fhe@whitecase.com<br><br>Bojan Guzina (admitted *pro hac vice)*<br>Jason N. Zakia (admitted *pro hac vice)*<br>Gregory F. Pesce (admitted *pro hac vice*)<br>WHITE & CASE LLP<br>111 South Wacker Drive<br>Suite 5100<br>Chicago, Illinois 60606<br>(312) 881-5400<br>bojan.guzina@whitecase.com<br>jzakia@whitecase.com<br>gregory.pesce@whitecase.com<br><br>*Counsel to Debtors and Debtors-in-Possession* |

28926117.1

# EXHIBIT A

**Proposed Order**

28926117.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PWM Property Management LLC, *et al.*[1],<br><br>                      Debtors. | ) Chapter 11<br>)<br>) Case No. 21-11445 (MFW)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 78, 91, 94, 143, 156, 207, 210 & 227** |

## ORDER DENYING MOTION OF 245 PARK MEMBER LLC FOR AN ORDER DISMISSING THE DEBTORS' CHAPTER 11 CASES

This matter having come before the Court on the motion (the "**Motion**") of 245 Park Member LLC ("**245 Park Member**") for an order, pursuant to 11 U.S.C. § 1112(b), dismissing the Debtors' Chapter 11 Cases, and all briefing, evidence in support of and in opposition to the Motion, and the record of the hearing on consideration of the Motion before this Court on December 13, 2021 (the "**Hearing**"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Motion being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED AND ADJUDGED that:**

    1.      The Motion is DENIED for the reasons stated on the record at the Hearing.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

28915853.1

2.       All joinders to the Motion and the relief requested therein that have not been withdrawn, waived or settled, and all reservations of rights included therein, are overruled on the merits and denied.

3.       The Court retains exclusive jurisdiction with respect to all matters arising from or relating to the enforcement of this Order.

28915853.1