**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PWM Property Management LLC, *et al.*[1], | ) Case No. 21-11445 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 78, 91, 94, 143, 156, 207, 210, 227 & 252** |
| | ) |

**ORDER DENYING MOTION OF 245 PARK MEMBER LLC FOR AN
ORDER DISMISSING THE DEBTORS' CHAPTER 11 CASES**

This matter having come before the Court on the motion (the "**Motion**") of 245 Park

Member LLC ("**245 Park Member**") for an order, pursuant to 11 U.S.C. § 1112(b), dismissing

the Debtors' Chapter 11 Cases, and all briefing, evidence in support of and in opposition to the

Motion, and the record of the hearing on consideration of the Motion before this Court on

December 13, 2021 (the "**Hearing**"); and this Court having jurisdiction over this matter pursuant

to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District*

*Court for the District of Delaware*, dated February 29, 2012; and the Motion being a core

proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of the Motion in this District

being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion

having been provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED AND ADJUDGED that:**

1.      The Motion is DENIED for the reasons stated on the record at the Hearing.

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

2.      All joinders to the Motion and the relief requested therein that have not been

withdrawn, waived or settled, and all reservations of rights included therein, are overruled on the

merits and denied.

3.      The Court retains exclusive jurisdiction with respect to all matters arising from or

relating to the enforcement of this Order.

**Dated: December 20th, 2021**
**Wilmington, Delaware**

28915853.1

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2