| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Robert | Dehney | SL Green and 245 Park Member | Morris, Nichols, Arsht & Tunnell |
| Jamie | Fell | Certain Mezzanine A Lenders | Simpson Thacher & Bartlett LLP |
| Katherine | Lula | n/a | |
| Debra | Sinclair | SL Green | Willkie Farr & Gallagher |
| Weiyao | Lyu | HNA Group | |
| Sandy | Qusba | Certain Mezzanine A Lenders | Simpson Thacher & Bartlett |
| Edmon | Mielke | Debtors | Young Conaway Stargatt & Taylor, LLP |
| James | Wang | HNA | |
| Jessica | Graber | SL Green | Willkie Farr & Gallagher |
| Zachary | Weiner | Certain Mezzanine A Lenders | Simpson Thacher and Bartlett LP |
| Edmon | Morton | Debtors | Young Conaway Stargatt & Taylor, LLP |
| Dennis | O'Donnell | Meritz Alternative Investment Management | DLA Piper LLP (US) |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Livy | Mezei | Debtors | White & Case LLP |
| Anson | Li | HNA | |
| Brett | Haywood | HNA Group North America, LLC | Richards, Layton & Finger, P.A. |
| Thomas E | Lauria | Debtors | White & Case LLP |
| Virginia | Callahan | Meritz Alternative Investment Management | DLA Piper LLP (US) |
| Daniel | Butz | SL Green & 245 Park Member | Morris, Nichols, Arsht & Tunnell |
| Becky | Yerak | Wall Street Journal | News Corp |
| Jeffrey | Steiner | SL Green | |
| Kaitlin | Morales | Debtors | Young Conaway Stargatt & Taylor, LLP |
| Jeffrey | Torosian | Meritz Alternative Investment Management | DLA Piper LLP (US) |
| Curtis | Miller | SL Green and 245 Park Member | Morris, Nichols, Arsht & Tunnell |
| Andrew | Levine | SL Green | |
| Daniel | DeFranceschi | HNA Group North America LLC | Richards, Layton & Finger, P.A. |
| Thomas | Byrne | T-C M-T REIT LLC | Eversheds Sutherland (US) LLP |
| Kaitlin | MacKenzie | Meritz Alternative Investment Management | DLA Piper LLP (US) |
| Nicolas | De Lancie | 2017-245P Trustee and 2020-LOOP Trustee | Jeffer Mangels Butler & Mitchell LLP |
| Tom | Henry | SL Green | Willkie Farr Gallagher |
| Andrew | Greenberg | JPMorgan | Cadwalader, Wickersham & Taft LLP |
| Robert | Kaplan | Wilmington Trust | Jeffer Mangels Butler & Mitchell LLP |
| Bojan | Guzina | Debtors | White & Case LLP |
| Yixuan | Luo | HNA | |
| Mitchell | McVeigh | Reorg Research | Reorg Research |
| Taylor | Harrison | Debtwire | |
| Michele | Maman | JPMorgan | Cadwalader, Wickersham & Taft LLP |
| Felix | Fan | HNA Group North America LLC | HNA Group North America LLC |
| Rachel | Albanese | Meritz Alternative Investment Management | DLA Piper LLP (US) |
| Rachel | Strickland | SL Green | Willkie Farr & Gallagher LLP |
| Joe | Brandt | SL Green | Willkie Farr & Gallagher |
| Uday | Gorrepati | N/A (ABI Project) | |
| Jon | Weyand | SL Green & 245 Park Member | Morris, Nichols, Arsht & Tunnell |
| Brian | Loughnane | 245 Park Member and SL Green | Morris, Nichols, Arsht & Tunnell |
| Paul | Gunther | Reorg Research | Reorg Research |
| William | Taylor, Jr. | 2017-245P Trustee and 2020-LOOP Trustee | McCarter & English, LLP |
| Gregory | Pesce | Debtors | White & Case LLP |
| Jeff | Montgomery | Law360/Portfolio Media | |
| Grace | Feng | HNA | Grace |
| Jason | Zakia | Debtors | White & Case LLP |
| Michele | Angell | Potential Creditor | |