**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PWM Property Management LLC, *et al.*,[1] | ) Case No. 21-11445 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**PERIODIC REPORT REGARDING VALUE,**
**OPERATIONS, AND PROFITABILITY OF ENTITIES IN WHICH**
**THE DEBTORS HOLD A SUBSTANTIAL OR CONTROLLING INTEREST**

This report, as of December 20, 2021, describes the value, operations, and profitability of those entities in which one of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") holds a substantial or controlling interest ("**Non-Debtor Entities**"), as required by Rule 2015.3 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**").

This periodic report (the "**Periodic Report**") reports the value, operations, and profitability of the Non-Debtor Entities, as required by Bankruptcy Rule 2015.3, to the extent available.

This Periodic Report consists of six exhibits:

| | |
|---|---|
| **Exhibit A-1** | Balance Sheet of Non-Debtor Entities |
| **Exhibit A-2** | Statement of Income (Loss) for Non-Debtor Entities |
| **Exhibit B** | Description of Non-Debtors Entities' Business Operations |
| **Exhibit C** | Description of Claims, If Any, Between Non-Debtor Entities and Any Other Non-Debtor |
| **Exhibit D** | Description of Allocation of Taxes Between Debtors and Non-Debtor Entities |
| **Exhibit E** | Description of Payment, If Any, By Non-Debtor Entities of Any Claims, Administrative Expenses, or Professional Fees That Have Been or Could Be Asserted Against Any Debtor |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

The undersigned, having reviewed the Periodic Report for the Non-Debtor, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the Periodic Report and the Entity Reports are complete, accurate, and truthful to the best of his knowledge.

Date: December 20, 2021

/s Mohsin Y. Meghji
Mohsin Y. Meghji
Chief Restructuring Officer

## Global Notes

### I.   Description of these Chapter 11 Cases

On October 31, 2021 (the "**Petition Date**"), each of the Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the Court. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

The Debtors invest in and own two premium office buildings.  More specifically, the Debtors own 245 Park Avenue in New York City ("**245 Park Avenue**"), which is among the most prominent commercial real estate assets in Manhattan's prestigious Park Avenue office corridor.  Offering over 1,778,000 square feet of modern commercial real estate over 44-floors, 245 Park Avenue is situated on an entire square block and has direct access to Grand Central Terminal.  The Debtors also own 181 West Madison Street in Chicago, Illinois ("**181 West Madison**"). Located in the Loop, Chicago's historic commercial and financial center, 181 West Madison includes a total net rentable area of over 945,000 square feet.   Additional information regarding the Debtors, including their business operations, their corporate and capital structure, and the events leading to the commencement of these chapter 11 cases can be found in the *Declaration of Mohsin Y. Meghji, Chief Restructuring Officer of the Debtors, In Support Chapter 11 Petitions and First Day Pleadings* [Docket No. 9].

### II.   Financial Statements

The Debtors are providing balance sheets and statements of operation for each of the non-Debtors that are "controlled" by the Debtors, as that term is defined in Bankruptcy Rule 2015.3.  Statements of cash flow and statements of shareholder's equity are not prepared for each non-Debtor because such statements are not ordinarily prepared, and because system and resource constraints preclude the Debtors from preparing these statements at the non-Debtor level.

The balance sheets for each Non-Debtor Entity exclude the investments in subsidiaries which eliminate when the financial statements are presented on a consolidated basis.  Please refer to the Monthly Operating Report filed on November 22, 2021, which provides information as to the Debtors that would be consolidated into these Non-Debtor Entities.  Preparing the fair value of investment in subsidiaries as of the date of this Periodic Report would take extensive work of the Debtors and Non-Debtors, and is ordinarily not prepared as the Debtors and Non-Debtors accounting systems, policies, and practices were developed for a consolidated reporting purposes.

The unaudited condensed financial statements presented in this Periodic Report are derived from the books and records of the non-Debtor entities and do not include all the information and footnotes required by U.S. generally accepted accounting principles for complete financial statements.  In addition, the financial statements and supplemental information contained herein represent condensed combined information and are limited in scope, cover a limited time period, and have been prepared solely for the purposes of complying with the reporting requirements of Bankruptcy Rule 2015.3, the Bankruptcy Code, and the U.S. Trustee.  The Debtors and non-Debtors reserve all rights to supplement and amend any financial statements contained in this Periodic Report.

Although the Debtors have undertaken commercially reasonable efforts to prepare this Periodic Report, there can be no assurance that the financial information contained herein is complete.  This Periodic Report was not prepared for the purpose of providing the basis for an investment decision relating to any of the securities of the Debtors.  Likewise, no assurance can be given as to the value that may be ascribed to the interests identified set forth in this Periodic Report, and the results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

## III.    Intercompany Claims

The Non-Debtor entities included in this Periodic Report represent holding companies and do not have material operations, as such, intercompany activity has not been recorded on the accounting ledgers for these entities. Any amounts funded by the Debtors on behalf of these non-Debtor entities, if any, are immaterial. Identifying such payments would require an exhaustive search by the Debtors and is not estimated to generate meaningful results. The Non-Debtors have not made any payment of any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor. No conclusion as to the legal obligation related to these intercompany claims is made by this Periodic Report.

## IV.    Allocation of Tax Liabilities and Assets

Each of the Non-Debtor entities file separate returns within the appropriate jurisdictions.

## V.    Description of Controlled Non-Debtor Entity's Payments of Administrative Expenses or Professional Fees otherwise payable by a Debtor

The Non-Debtors have not made any payment of any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

## VI.    Reservation of Rights

Nothing contained in this Periodic Report shall constitute a waiver or admission by the

Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or constitute an admission with respect to these Chapter 11 Cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist. Moreover, because the financial information included in this filing is unaudited and subject to further review and potential adjustment, there is no assurance that the information is accurate and complete.

## VII.   PWM Property Management LLC's Interest in Controlled Non-Debtor Entities

| Name of Controlled Non-Debtor Entity | Interest in Estate |
|---|---|
| Affinity Ventures Limited | 100% |
| Dynamics Ideas Limited | 81% |
| Cascade Solutions Global Limited | 100% |
| HNA Park Ave (U.S.) LLC | 100% |
| Eternal Fame Investments Limited | 100% |

**Exhibit A-1**

**Balance Sheet as of October 31, 2021**[1]

| | Affinity Ventures Limited | Dynamics Ideas Limited | Cascade Solutions Global Limited | HNA Park Ave (U.S) LLC | Eternal Fame Investments Limited |
|---|---|---|---|---|---|
| ASSETS | | | | | |
| Total Current Assets | $ — | $ — | $ — | $ — | $ — |
| Total Other Assets | — | — | — | — | — |
| **Total assets** | $ — | $ — | $ — | $ — | $ — |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | | |
| Total Current Liabilities | — | — | — | — | — |
| Total Other Liabilities | — | — | — | — | — |
| **Total Liabilities** | $ — | $ — | $ — | $ — | $ — |
| Shareholder's Equity | — | — | — | — | — |
| **Total Liabilities and Shareholder's Equity** | $ — | $ — | $ — | $ — | $ — |

---

[1]    Balance sheet excludes the investments in subsidiaries which are eliminated when the financial statements are presented on a consolidated basis.  See Global Notes for additional details related to the presentation of the financial statements.

AMERICAS 110892330

**Exhibit A-2**

**Statement of Operations**
**Year to Date October 31, 2021**

| | Affinity Ventures Limited | | Dynamics Ideas Limited | | Cascade Solutions Global Limited | | HNA Park Ave (U.S) LLC | | Eternal Fame Investments Limited | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | $ | — | $ | — | $ | — | $ | — | $ | — |
| Total Expenses | | — | | — | | — | | — | | — |
| **Income (loss) before income taxes** | $ | — | $ | — | $ | — | $ | — | $ | — |
| Income tax provision (benefit) | | — | | — | | — | | — | | — |
| **Net income (loss)** | $ | — | $ | — | $ | — | $ | — | $ | — |

## EXHIBIT B

### Description of Operations for Non-Debtor Entities

| Name of Entity | Description of Operations |
| --- | --- |
| **Affinity Ventures Limited** | No material business transactions; no assets other than their investment in subsidiaries. |
| **Dynamic Ideas Limited** | No material business transactions; no assets other than their investment in subsidiaries. |
| **Cascade Solutions Global Limited** | No material business transactions; no assets other than their investment in subsidiaries. |
| **HNA Park Ave (U.S.) LLC** | No material business transactions; no assets other than their investment in subsidiaries. |
| **Eternal Fame Investments Limited** | No material business transactions; no assets other than their investment in subsidiaries. |

## **EXHIBIT C**

Not applicable; see Global Notes.

# **EXHIBIT D**

Not applicable; see Global Notes.

## **EXHIBIT E**

Not applicable; see Global Notes.

AMERICAS 110892330