IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PWM Property Management LLC, *et al.*,[1] | ) ) ) | Case No. 21-11445 (MFW) |
| Debtors. | ) ) ) ) | (Jointly Administered) Re: Docket No. 663 |

**ORDER APPROVING STIPULATION BETWEEN DEBTOR 181
WEST MADISON PROPERTY LLC AND WELLS FARGO, NATIONAL
ASSOCIATION, AS TRUSTEE, REGARDING EXTENSION OF TIME TO MAKE
ELECTION PURSUANT TO 11 U.S.C. § 1111(B)(2)**

The Court having considered the *Stipulation Between Debtor 181 West Madison Property LLC and Wells Fargo, National Association, as Trustee, Regarding Extension of Time to Make Election Pursuant to 11 U.S.C. § 1111(b)(2)*, a copy of which is attached hereto as **Exhibit 1** (the "**Stipulation**"), and the Court having determined that good cause exists for approval of the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved in its entirety.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order shall be effective immediately upon its entry.

3. This Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

Dated: June 3rd, 2022
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.