IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PWM Property Management LLC, *et al.*,[1] | ) | Case No. 21-11445 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 645** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 645

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or responsive pleading to the *Debtors' First Omnibus (Non-Substantive) Objection to Certain Incorrect Debtor Claims* [Docket No. 645] (the "**Objection**") filed on May 20, 2022.

The undersigned hereby further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Motion appears thereon. Responses to the Objection were to be filed and served by 4:00 p.m. (ET) on June 14, 2022.

It is hereby respectfully requested that the form of order filed in connection with the Objection be entered at the earliest convenience of the Court.

*[signature page follows]*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

29458197.1

Dated: June 15, 2022                                    Respectfully submitted,

/s/ *Allison S. Mielke*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Allison S. Mielke (No. 5934)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
emorton@ycst.com
kenos@ycst.com
amielke@ycst.com

Thomas E Lauria (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
(305) 371-2700
tlauria@whitecase.com
fhe@whitecase.com

Bojan Guzina (admitted *pro hac vice)*
Jason N. Zakia (admitted *pro hac vice)*
Gregory F. Pesce (admitted *pro hac vice*)
WHITE & CASE LLP
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
(312) 881-5400
bojan.guzina@whitecase.com
jzakia@whitecase.com
gregory.pesce@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

29458197.1