IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PWM Property Management LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11445 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 7, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Monthly Staffing and Compensation Report of M3 Advisory Partners, LP for the Period of June 1, 2022 Through June 30, 2022 [Docket No. 750]**

- **Second Supplemental Declaration of Reid Snellenbarger in Support of the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors [Docket No. 755]**

Dated: July 8, 2022

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 8th day of July, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if available) are: PWM Property Management LLC; 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

# EXHIBIT A

**EXHIBIT A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 20 Largest | Able Engineering Services | P.O. Box 884637<br>Los Angeles, CA 90088-4637 | | karen.cook@ableserve.com | Email |
| 20 Largest | Angelo, Gordon & Co | 245 Park Ave, 23rd Fl<br>New York, NY 10167 | | jquinn@angelogordon.com | Email |
| 20 Largest | Ares Operations LLC | 2000 Ave of the Stars, Ste 1200<br>Los Angeles, CA 90067 | | cbrownell@aresmgmt.com<br>afeingold@aresmgmt.com<br>Jonathan.Linker@blackcreekgroup.com | Email |
| 20 Largest | Bear Construction | 1501 Rohlwing Rd<br>Rolling Meadows, IL 60008-1336 | | armanager@bearcc.com | Email |
| 20 Largest | Clune Construction | 10 S Riverside Plz, Ste 2200<br>Chicago, IL 60606 | | | First Class Mail |
| *NOA - Counsel to 245 Park Member LLC | Cole Schotz P.C. | Attn: Michael D. Sirota<br>Attn: David M. Bass<br>Attn: Ryan T. Jareck<br>Attn: Matteo Percontino<br>1325 Ave of the Americas, 19th Fl<br>New York, NY 10019 | 212-752-8393 | msirota@coleschotz.com<br>dbass@coleschotz.com<br>rjareck@coleschotz.com<br>mpercontino@coleschotz.com | Email |
| *NOA - Counsel to 245 Park Member LLC | Cole Schotz P.C. | Attn: G. David Dean<br>Attn: Patrick J. Reilley<br>500 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | 302-652-3117 | ddean@coleschotz.com<br>preilley@coleschotz.com | Email |
| Mezzanine Servicers | Commercial Loan Services | Attn: Joseph Yim<br>Sr Portfolio Analyst<br>929 Gessner, Ste 1740<br>Houston, TX 77024 | | joseph.yim@commercialloanservices.com | Email |
| 20 Largest | Consolidated Edison Company of New York, Inc | 4 Irving Pl, 3rd Fl<br>New York, NY 10003 | | | First Class Mail |
| 20 Largest | Cook County Treasurer | P.O. Box 805436<br>Chicago, IL 60680-4116 | | | First Class Mail |
| 20 Largest | Crossland Mechanical Inc | 237 W 37th St, 4th Fl<br>New York, NY 10018 | | mark@crosslandmech.com | Email |
| Core Party | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 | 302-577-8632 | FASNotify@state.de.us | Email |
| Required Party | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | | First Class Mail |
| *NOA - Counsel to Meritz Alternative Investment Management | DLA Piper LLP (US) | Attn: R Craig Martin<br>Attn: Kaitlin W MacKenzie<br>1201 N Market St, Ste 2100<br>Wilmington, DE 19801 | 302-394-2341 | craig.martin@us.dlapiper.com<br>kaitlin.mackenzie@us.dlapiper.com | Email |
| *NOA - Counsel to Meritz Alternative Investment Management | DLA Piper LLP (US) | Attn: Dennis C O'Donnell<br>Attn: Rachel Ehrlich Albanese<br>1251 Ave of the Americas<br>New York, NY 10020 | 212-335-4501 | dennis.odonnell@us.dlapiper.com<br>rachel.albanese@us.dlapiper.com | Email |
| 20 Largest | Dynegy Energy Services | 27679 Network Pl<br>Chicago, IL 60673 | | | First Class Mail |
| *NOA - Counsel for HNA Group North America LLC | Goulston & Storrs PC | Attn: Douglas B Rosner<br>400 Atlantic Ave<br>Boston, MA 02110-3333 | 617-574-4112 | drosner@goulstonstorrs.com | Email |
| *NOA - Counsel for HNA Group North America LLC | Goulston & Storrs PC | Attn: Trevor R Hoffmann<br>885 Third Ave, 18th Fl<br>New York, NY 10022 | 212-878-6911 | thoffmann@goulstonstorrs.com | Email |
| 20 Largest | Harvard Maintenance, Inc | 201 S Biscayne Blvd, 24th Fl<br>Miami, FL 33131 | | arreceipts@harvardmaint.com | Email |
| Required Party | Internal Revenue Service | P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>2970 Market St<br>Mail Stop 5-Q30133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | | First Class Mail |
| *NOA - Counsel for 2017-245P Trustee and 2020-LOOP Trustee | Jeffer Mangels Butler & Mitchell LLP | Attn: Robert B. Kaplan<br>Attn: Nicolas De Lancie<br>2 Embarcadero Ctr, 5th Fl<br>San Francisco, CA 94111 | | rbk@jmbm.com<br>NDeL@jmbm.com | Email |
| Mezzanine Lenders | Keybank | Attn: Audrey Dallas<br>127 Public Sq<br>Cleveland, OH 44114 | | Audrey_Dallas@keybank.com | Email |
| West Madison Mortgage Servicers | Keybank | Attn: Audrey Dallas, Sr Account Manager LSAM<br>KS-01-11-0501<br>11501 Outlook St, Ste 300<br>Overland Park, KS 66211 | 877-379-1625 | Audrey_Dallas@keybank.com | Email |
| 20 Largest | Kone Inc | 1 Kone Ct<br>Moline, IL 61265 | | Bill.SamoraJr@kone.com | Email |
| 20 Largest | MB Real Estate Services Inc | Attn: Suzanne Hendricks<br>181 W Madison St, Ste 4700<br>Chicago, IL 60602 | | | First Class Mail |
| *NOA - Counsel for 2017-245P Trustee and 2020-LOOP Trustee | McCarter & English, LLP | Attn: William F Taylor, Jr<br>Attn: Shannon D Humiston<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | 302-984-6399 | wtaylor@mccarter.com<br>shumiston@mccarter.com | Email |
| 20 Largest | Milrose Consultants, LLC | 498 7th Ave, 17th Fl<br>New York, NY 10018 | | sbautista@milrose.com | Email |
| *NOA - Counsel for the Mezz A Lender Group (Athene Annuity and Life Company, American Equity Investment Life Insurance | Morris James LLP | Attn: Eric J Monzo<br>Attn: Brya M Keilson<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801 | 302-571-1750 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | Email |

**EXHIBIT A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel to S.L. Green Management Corp. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J Dehney<br>Attn: Curtis S Miller<br>Attn: Daniel B Butz<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801 | 302-658-3989 | rdehney@morrisnichols.com<br>cmiller@morrisnichols.com<br>dbutz@morrisnichols.com | Email |
| 20 Largest | Mulligan Security LLC | 2 Penn Plz, 24th Fl<br>New York, NY 10121 | | mcaban@mulligansecurity.com | Email |
| 20 Largest | Nations Roof East LLC | Attn: Ann Bremen<br>Attn: David Gersh<br>255 Lake Ave<br>Yonkers, NY 10701 | | abremen@nationsroof.com<br>dgersh@nationsroof.com | Email |
| 20 Largest | New York City Water Supply | P.O. Box 11863<br>Newark, NJ 07101-8163 | | | First Class Mail |
| 20 Largest | NYC Department of Finance | P.O. Box 680<br>Newark, NJ 07101-0680 | | | First Class Mail |
| Core Party | Office of the Attorney General | Attn: Letitia James, Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | | | First Class Mail |
| Core Party | Office Of The Attorney General | State of Illinois<br>100 W Randolph St<br>Chicago, IL 60601 | | | First Class Mail |
| Core Party | Office Of The Attorney General | State of Illinois<br>500 S 2nd St<br>Springfield, IL 62701 | | | First Class Mail |
| Core Party | Office Of The Attorney General | State of Illinois<br>601 University Ave<br>Carbondale, IL 62901 | | | First Class Mail |
| Core Party | Office of the United States Trustee | Attn: Linda J Casey, Trial Attorney<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | linda.casey@usdoj.gov | Email |
| *NOA - Counsel for HNA Group North America LLC | Richards, Layton & Finger, PA | Attn: Kevin Gross<br>Attn: Daniel J DeFranceschi<br>Attn: John H Knight<br>Attn: Brett M Haywood<br>1 Rodney Sq<br>920 N King St<br>Wilmington, DE 19801 | 302-651-7701 | gross@rlf.com<br>defranceschi@rlf.com<br>knight@rlf.com<br>haywood@rlf.com | Email |
| Core Party | Secretary of State | Div of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | | First Class Mail |
| Required Party | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | | First Class Mail |
| Required Party | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | | First Class Mail |
| *NOA - Counsel for the Mezz A Lender Group (Athene Annuity and Life Company, American Equity Investment Life Insurance Company, Athene Annuity & Life Assurance Company and Venerable Annuity and Life Company) | Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba<br>Attn: Jamie J Fell<br>Attn: Zachary J Weiner<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | squsba@stblaw.com<br>jamie.fell@stblaw.com<br>zachary.weiner@stblaw.com | Email |
| Mezzanine Servicers | SitusAMC | Attn: Sol Solomonov, VP, Asset Mgt<br>150 E 52nd St, Ste 4002<br>New York, NY 10022 | | solomonsolomonov@situsamc.com | Email |
| SLG Member | SL Green | Attn: Andrew Falk<br>Attn: Harry Sitomer<br>1 Vanderbilt Ave<br>New York, NY 10017 | | andrew.falk@slgreen.com<br>Harrison.Sitomer@slgreen.com | Email |
| 20 Largest | SL Green Management Corp | c/o SL Green Realty Corp<br>Attn: Andrew S Levine, Esq<br>420 Lexington Ave<br>New York, NY 10170 | 212-216-1785 | andrew.levine@slgreen.com | Email |
| Core Party | State of Delaware Attorney General | Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | attorney.general@state.de.us | Email |
| 20 Largest | Tener Consulting Services LLC | 166 5th Ave, Ste 300<br>New York, NY 10010 | | | First Class Mail |
| *NOA - Counsel for The Marmon Group LLC | Thompson Coburn LLP | Attn: Mark V Bossi<br>1 US Bank Plz<br>St Louis, MO 63101 | 314-552-7000 | mbossi@thompsoncoburn.com | Email |
| 20 Largest | Titan Security Services | P.O. Box 95790<br>Chicago, IL 60694-5790 | | billing@titan-security.com | Email |
| Core Party | US Attorney for the District of Delaware | Attn: David C Weiss<br>Hercules Bldg<br>US Attorney's Office<br>1313 N Market St<br>Wilmington, DE 19801 | 302-573-6220 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| 20 Largest | Versatile Services, LLC | 50 E Palisades Ave, Ste 111<br>Englewood, NJ 07631 | | georgea@versatileserv.com | Email |

**EXHIBIT A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Park Avenue Mortgage Servicers | Wells Fargo | c/o Wells Fargo Corporate & Investment Banking<br>Commercial Mortgage Servicing<br>Attn: Mike Benner, Travis Nauman<br>401 S Tryon St, 8th Fl, MAC D1050-084<br>Charlotte, NC 28202 | 704-715-0036 | michael.benner@wellsfargo.com<br>travis.d.nauman@wellsfargo.com | Email |
| *Debtor's Counsel | White & Case LLP | Attn: Bojan Guzina<br>Attn: Gregory F Pesce<br>111 S Wacker Dr, Ste 5100<br>Chicago, IL 60606 | | bojan.guzina@whitecase.com<br>gregory.pesce@whitecase.com | Email |
| *Debtor's Counsel | White & Case LLP | Attn: Thomas E Lauria<br>Attn: Fan B He<br>200 S Biscayne Blvd, Ste 4900<br>Miami, FL 33131 | | tlauria@whitecase.com<br>fhe@whitecase.com | Email |
| Counsel to SL Green | Willkie Farr & Gallagher LLP | Attn: Rachel C Strickland<br>Attn: Debra M Sinclair<br>787 7th Ave<br>New York, NY 10019-6099 | | dsinclair@willkie.com<br>rstrickland@willkie.com | Email |
| *NOA - Counsel to S.L. Green Management Corp./Counsel to 245 Park Member LLC | Willkie Farr & Gallagher LLP | Attn: Rachel C Strickland<br>Attn: Debra M Sinclair<br>787 7th Ave<br>New York, NY 10019-6099 | | RStrickland@willkie.com<br>DSinclair@willkie.com | Email |
| *Debtor's Counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L Morton<br>Attn: Kenneth J Enos<br>Attn: Allison S Mielke<br>1000 N King St<br>Wilmington, DE 19801 | | emorton@ycst.com<br>kenos@ycst.com<br>amielke@ycst.com | Email |