IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PWM Property Management LLC, *et al.*,[1] | Case No. 21-11445 (MFW) |
| Debtors. | **(**Jointly Administered) |

## PROOFS OF PUBLICATION

Attached hereto as Exhibits A – B are Proofs of Publication for the Notice of Auction from the following:

| Publication | Publication Date | Exhibit |
|---|---|---|
| **The New York Times** | **July 7, 2022** | A |
| **Chicago Tribune** | **July 8, 2022** | B |

/s/ Darleen Sahagun
Darleen Sahagun
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300
*Claims, Noticing, and Administrative Agent for the Debtor*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if available) are: PWM Property Management LLC; 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

# **EXHIBIT A**



# PROOF OF PUBLICATION

Jul-07, 20 22

I, Edgar Noblesala, in my capacity as a Principal Clerk of the Publisher of *The New York Times*, a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of *The New York Times* on the following date or dates, to wit on

July 7, 2022, NYT & Natl, pg B7

Sworn to me this 7th
day of July, 2022

_____
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re: PWM Property Management LLC, et al.,[1]   ) Chapter 11
                                                  ) Case No. 21-11445 (MFW)
Debtors.                                          ) (Jointly Administered)

**NOTICE OF AUCTION**

**PLEASE TAKE NOTICE** that, on July 1, 2022, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 744] (the "**Bidding Procedures Order**"), which, among other things, approved the bidding and auction procedures attached to the Bidding Procedures Order as Schedule 1 (the "**Bidding Procedures**")[2] and authorized the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") to conduct an auction (the "**Auction**") to consider competing bids to sponsor the Debtors' plan of reorganization in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction, if any, shall commence on July 26, 2022 at 10:30 a.m. (prevailing Eastern Time) (and may continue to July 27, 2022 or such other date selected by the Debtors) via remote video or in-person, at the Debtors' election. In the event the Debtors elect to conduct the Auction in-person, the Auction shall take place at the offices of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020. For the avoidance of doubt, any party, other than a Qualified Bidder, that wishes to attend the Auction may do so via remote video.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise determined by the Debtors, only the following parties and their respective representatives and counsel shall be entitled to attend the auction: (i) the Debtors; (ii) any Qualified Bidder, including the Stalking Horse Bidder (if any); (iii) the U.S. Trustee; (iv) the Special Servicers; (v) the Mezzanine Lenders; (vi) 245 Park Mezz Funding LLC and SLG Member; (vii) HNAGNA and its non-Debtor affiliates; and (viii) any other creditor of the Debtors that delivers to Debtors' counsel a written request to attend the Auction (by email to barrett.lingle@whitecase.com) no later than 24 hours prior to commencement of the Auction. Only Qualified Bidders will be entitled to make any Bids at the Auction.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained by visiting the Debtors' restructuring website at https://omniagentsolutions.com/PWM.

Dated: July 1, 2022, Respectfully submitted, /s/ *Allison S. Mielke*, Edmon L. Morton (No. 3856), Kenneth J. Enos (No. 4544), Allison S. Mielke (No. 5934), YOUNG CONAWAY STARGATT & TAYLOR, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (302) 571-6600, emorton@ycst.com, kenos@ycst.com, amielke@ycst.com -and- Thomas E Lauria (admitted *pro hac vice*), Fan B. He (admitted *pro hac vice*), WHITE & CASE LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, (305) 371-2700, tlauria@whitecase.com, fhe@whitecase.com -and- Bojan Guzina (admitted *pro hac vice*), Jason N. Zakia (admitted *pro hac vice*), Gregory F. Pesce (admitted *pro hac vice*), WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, (312) 881-5400, bojan.guzina@whitecase.com, jzakia@whitecase.com, gregory.pesce@whitecase.com, *Counsel to Debtors and Debtors-in-Possession*

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

# A Console for Gamers Who Tinker

Steam Deck, a new hand-held device by Valve, is fun, but casual players beware.

**Tech Fix**
By BRIAN X. CHEN

There's a new hard-to-get game console this year that's not a PlayStation or an Xbox. It's sold online only. Most casual gamers probably haven't heard of it.

It's the $400 Steam Deck, a console as utilitarian as it sounds. The hand-held device, a slab of bulky black plastic with a built-in game controller, has the guts of a supercomputer and a touch screen. It's as if a gaming computer and a Nintendo Switch had a child.

Valve, the company in Bellevue, Wash., known for its Steam online games store, began taking orders for the Steam Deck last year and the consoles arrived recently. The company has not published sales numbers, but estimates suggest that hundreds of thousands have shipped. People who try to order one today won't receive the device until the autumn.

In other words, the Steam Deck has become a viable alternative to traditional gaming consoles.

The Steam Deck is the result of Valve's ambitious effort to blend the benefits of modern game devices. That includes gaming-dedicated computers; Nintendo's hand-held Switch, which focuses on family-friendly games; and Sony's PlayStation 5 and Microsoft's Xbox Series X, which are living room consoles with faster computing chips for more intense games.

The Steam Deck tries to be a jack of all of those trades. It runs Linux, the open-source operating system, which makes it capable of loading a huge swath of new games, including titles made for personal computers and some PlayStation and Xbox games.

And just as with a computer, the Steam Deck can be customized to run older games by installing emulation software, which are apps that can run digital copies of games for older consoles.

As someone who grew up with consoles all the way back to the Atari, I decided to give the Steam Deck a try. The verdict: I recommend this console for serious gamers who don't mind doing some tinkering to enjoy games new and old. But it has major flaws, and it's definitely not for people looking for a plug-and-play experience offered by a traditional console.

**Getting Started**

Unlike normal consoles, like PlayStations and Nintendos that can play games stored on discs and cartridges, the Steam Deck is fully digital, meaning it only plays games downloaded over the internet. Gamers will primarily get titles through the Steam app store. So to get started, users set up a Steam account to download games.

From there, there are plenty of options. Gamers can choose from Steam's library of tens of thousands of games, including popular ones like Counter-Strike and Among Us. Some big titles that were previously exclusive to PlayStation, like Final Fantasy VII: Remake, are also now on Steam.

Those who feel adventurous can move outside of Steam to get more games. This involves switching to desktop mode, which converts the Steam Deck into a miniature Linux computer that can be controlled with a virtual keyboard and a tiny trackpad built into the controller.

Here, you can open a web browser to download some files to set up the Steam Deck to work with Xbox Game Pass to play Xbox games, or to install emulators to run games made for older consoles like the classic Atari from the 1970s and the



PHOTOGRAPHS BY JIM WILSON/THE NEW YORK TIMES
The Steam Deck, top, and the Nintendo Switch. With Steam Deck, you can install apps that can run digital copies of games for older consoles.



The device, a plastic slab with a built-in controller, has a supercomputer's guts and a touch screen.

PlayStation Portable from 2005.

**Tinker, if You Dare**

In my tests, the Steam Deck was fun to use for playing Steam games. It smoothly ran modern games with intense graphics like Monster Hunter Rise, and the controller, which includes triggers, joysticks and buttons, felt comfortable to use.

But tinkering with it to run games outside of the Steam store was an arduous task, and, at times, maddening. I watched several video tutorials to run EmuDeck, a script that installs emulators on the device. The process took more than an hour.

I ultimately had to plug in my own keyboard and mouse because the Steam Deck's trackpad and keyboard often didn't register clicks and keystrokes.

Valve said it was still improving desktop navigation and that there were situations where people would need to plug in a keyboard and mouse.

After I finally got emulators running, I had a sweet setup running games new, newish and old, like Vampire Survivors, Persona 4 and Crisis Core: Final Fantasy VII.

**Bottom Line**

The Steam Deck lacks the polish and practicality of mainstream gaming devices, which makes it tough to recommend to casual gamers.

Though it's fine to have at home, I wouldn't take one with me on a trip or to a cafe, which defeats its purpose as a mobile device. Chief among its flaws, its battery life is subpar. In my sessions, the Steam Deck lasted roughly 90 minutes, even when I was playing games with minimal graphics, like Vampire Survivors.

For another, it's large (about 12 inches long) and heavy (1.5 pounds) for a portable gaming device. That makes Nintendo's smaller and lighter Switch, which lasts upward of four hours on a charge, a superior portable.

While tinkering is purely optional, it is one of the Steam Deck's main selling points — and compared with using a gaming computer, customizing the Steam Deck is not fun or easy with its keyboard, mouse and desktop software.

Lastly, while some may not mind the Steam Deck's digital-only approach to buying games, many who prefer owning physical cartridges and discs — which can be easily shared with friends and resold to others — will view it as a dealbreaker.

Even so, the pandemic, which drove a surge in new gamers, proved that there were many different types of players, including those who dip into the occasional AAA title, and those who became addicted on their phones.

That means that between virtual reality headsets, traditional consoles and experimental devices like the Steam Deck, we're living in a golden age of gaming, where there are now devices for just about everyone.

---

# Amazon Eyes Opportunity In Grubhub

By ADAM SATARIANO

Financial turmoil in the food-delivery industry is presenting new opportunities for Amazon.

The e-commerce giant struck a deal on Wednesday with Grubhub that allows Amazon Prime subscribers in the United States to forgo delivery fees on orders from certain restaurants, according to a statement by Just Eat Takeaway.com, the Dutch company that owns Grubhub.

The deal gives Amazon the option to buy over a 2 percent stake in Grubhub at an undisclosed but negligible price, the statement said. Amazon can also buy an ad-

*An ownership stake, and no delivery fees for Prime customers.*

ditional 13 percent stake in the company at an unspecified "formula-based price," which depends on Grubhub's hitting certain performance targets like adding new customers.

In 2021, Grubhub lost about $410 million. It said the Amazon deal would add to its earnings and cash flow starting next year. The agreement with Amazon automatically renews each year, unless one side decides to pull out.

Highlighting the shifting views toward the food-delivery businesses, Just Eat is exploring ways to offload Grubhub roughly two years after paying $7.3 billion to acquire it. The industry's prospects have been badly bruised as pandemic restrictions have lifted and demand for restaurant delivery has diminished. Labor shortages and increased government regulation have added new costs. In a recent research report, analysts at Berenberg Bank estimated that Grubhub would fetch less than $1 billion in a sale.

Just Eat, the largest food-delivery platform in Europe, said it would continue exploring a partial or full sale of Grubhub amid pressure from investors to improve its business. Grubhub controls about 13 percent of the U.S. meal delivery market, versus nearly 60 percent for DoorDash and 24 percent for Uber Eats, and Grubhub records lower sales per customer than its main rivals, according to Bloomberg Second Measure. Just Eat's stock is down more than 60 percent this year, even after a big jump on the Amazon news on Wednesday.

Amazon also owns a stake in Deliveroo, a struggling British food-delivery service whose shares are down about 50 percent this year. Delivery Hero, another European food-delivery firm, has seen its stock price fall more than 60 percent. Shares of Uber and DoorDash are down nearly 50 percent this year.

---

# U.S. to Seek Curb on Student Loan Interest

**By STACY COWLEY**

The Education Department is preparing a raft of new rules for federal student loans that aims to expand access to various relief programs and undo changes made during the Trump administration.

The most far-reaching move would affect nearly all the tens of millions of people with federal student loans by limiting interest

*Undoing changes made during the Trump presidency.*

capitalization — which adds unpaid interest to the borrower's principal, compounding the total amount owed. Under the Biden administration's proposal, interest would no longer be capitalized when a borrower either starts repaying or defaults on a loan, as well as in certain other situations.

The Education Department is also planning changes to relief programs that benefit employees who work for the government and at many nonprofit organizations, disabled borrowers, and people who attended schools that closed abruptly or defrauded their students. The changes for defrauded students, in particular, would reverse restrictions imposed by Betsy DeVos, who tried to gut the aid program when she was the education secretary under President Donald J. Trump.

"We are committed to fixing a broken system," Education Secretary Miguel A. Cardona said. "If a borrower qualifies for student loan relief, it shouldn't take mountains of paperwork or a law degree to obtain it."

The proposed changes will be open for public comment for 30 days, after which the department plans to make them final so they can take effect next July. The proposals include:

■ More generous standards for borrowers seeking relief on fraud claims.

■ A prohibition on mandatory arbitration agreements that prevent borrowers from suing schools that misled them.

■ Expanded eligibility and streamlined requirements for loan forgiveness for people who are permanently disabled.

■ A provision that would allow public service workers to get credit toward loan forgiveness for months when their loans were deferred because of cancer treatment, economic hardship, or service in AmeriCorps, the National Guard or the Peace Corps.

President Biden faces heavy pressure from borrowers and progressive Democrats to reform the $1.6 trillion federal student loan system.

He has said he is considering using an executive action to fulfill his campaign promise to eliminate $10,000 per borrower in recently held debt, but high inflation and political concerns have left him leery of doing so. Mr. Biden has promised to make a decision before the expiration of a pause on loan payments, which was imposed to provide relief during the pandemic. The pause is scheduled to expire next month.

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: PWM Property Management LLC, et al.,¹ Debtors. ) Chapter 11
) Case No. 21-11445 (MFW)
) (Jointly Administered)

NOTICE OF AUCTION

PLEASE TAKE NOTICE that, on July 1, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 744] (the "Bidding Procedures Order"), which, among other things, approved the bidding and auction procedures attached to the Bidding Procedures Order as Schedule 1 (the "Bidding Procedures")² and authorized the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") to conduct an auction (the "Auction") to consider competing bids to sponsor the Debtors' plan of reorganization in accordance with the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Auction, if any, shall commence on July 26, 2022 at 10:30 a.m. (prevailing Eastern Time) (and may continue to July 27, 2022 or such other date selected by the Debtors) via remote video or in-person, at the Debtors' election. In the event the Debtors elect to conduct the Auction in-person, the Auction shall take place at the offices of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020. For the avoidance of doubt, any party, other than a Qualified Bidder, that wishes to attend the Auction may do so via remote video.

PLEASE TAKE FURTHER NOTICE that copies of the Bidding Procedures Order, the following parties and their respective representatives and counsel shall be entitled to attend the auction: (i) the Debtors; (ii) any Qualified Bidder, including the Stalking Horse Bidder (if any); (iii) the U.S. Trustee; (iv) the Special Servicers; (v) the Mezzanine Lenders; (vi) 245 Park Mezz Funding LLC and SLG Member; (vii) HNAGNA and its non-Debtor affiliates; and (viii) any other creditor of the Debtors that delivers to Debtors' counsel a written request to attend the Auction (by email to barrett.lingle@whitecase.com) no later than 24 hours prior to commencement of the Auction. Only Qualified Bidders will be entitled to make any Bids at the Auction.

PLEASE TAKE FURTHER NOTICE that copies of the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained by visiting the Debtors' restructuring website at https://omniagentsolutions.com/PWM.

Dated: July 1, 2022, Respectfully submitted, /s/ Allison S. Mielke, Edmon L. Morton (No. 3856), Kenneth J. Enos (No. 4544), Allison S. Mielke (No. 5934), YOUNG CONAWAY STARGATT & TAYLOR, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (302) 571-6600, emorton@ycst.com, kenos@ycst.com, amielke@ycst.com, thewhitecase.com –and– Bojan Guzina (admitted pro hac vice), Fan B. He (admitted pro hac vice), WHITE & CASE LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, (305) 371-2700, Bguzina@whitecase.com, fhe@whitecase.com –and– Bojan Guzina (admitted pro hac vice), Jason N. Zakia (admitted pro hac vice), Gregory F. Pesce (admitted pro hac vice), WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, (312) 881-5400, bojan.guzina@whitecase.com, jzakia@whitecase.com, gregory.pesce@whitecase.com, Counsel for Debtors and Debtors-in-Possession

¹ The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, floor 40, New York, New York 10167.

² Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

---

ATTENTION DIRECT, INDIRECT AND CONSTRUCTIVE HOLDERS OF, AND PROSPECTIVE HOLDERS OF, (I) STOCK ISSUED BY TPC HOLDINGS, INC. AND (II) CERTAIN CLAIMS AGAINST THE DEBTORS:

On June 30, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of TPC Group Inc. and its debtor affiliates (the "Debtors"), captioned as In re TPC Group Inc., et al., Case No. 22-10493 (CTG) (the "Chapter 11 Cases"), entered an order establishing procedures (the "Procedures")¹ with respect to transfers in the Beneficial Ownership of claims against the Debtors. See Final Order (I) Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Certain Worthless Stock Deduction Claims; (II) Setting Record Date for Sell-Down Notice Related to Trading in Claims Against the Debtors; and (III) Granting Related Relief [Docket No. 348] (the "Final Order").²

In certain circumstances, the Procedures restrict (i) transactions involving, and require notice of the holdings of and proposed transactions by, any person, group of persons, or entity that either (a) is currently a Substantial Stockholder or (b) as a result of such a transaction, would become a Substantial Stockholder of Common Stock, or (ii) claims by any Majority Holder of a worthless stock deduction under section 165 of the Internal Revenue Code with respect to the beneficial ownership of Common Stock for a tax year of the Majority Holder ending before the effective date of a chapter 11 plan for Debtors (a "Worthless Stock Deduction"). For purposes of the Procedures, a "Substantial Stockholder" is any person or entity (within the meaning of applicable U.S. Treasury regulations, including certain persons making a coordinated acquisition) that beneficially owns, directly, indirectly or constructively, at least 49 shares of Common Stock (representing approximately 4.75% of all issued and outstanding shares of Common Stock as of the Petition Date and a "Majority Holder" shall mean any person that either (i) beneficially owned at any time since December 31, 2018 at least 489 shares of Common Stock (representing approximately 47.5% of the lowest amount of outstanding shares of Common Stock at any time since that date) or (ii) would be a "50-percent shareholder" (within the meaning of section 382(g)(4) (D) of the Tax Code) of Common Stock if such person claimed a Worthless Stock Deduction on its federal income tax return, any amendment to such a return or any other claim for a refund of federal income taxes at any time

on or after the Petition Date. Any prohibited acquisition, disposition or other transfer of, or claim of a Worthless Stock Deduction with respect to, Common Stock will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or sanctions being imposed by the Bankruptcy Court.

In addition, the Claims Procedures set forth certain circumstances under which any person, groups of persons, or Entities that have acquired or, as a result of a proposed transaction would acquire, beneficial ownership of a substantial amount of Notes Claims against the Debtors can be required to (i) file notice of their holdings of their Claims and of such proposed transactions, (ii) which transaction may be restricted, and (iii) upon a subsequent order of the Court, after notice and hearing, to sell, by a specified date following the confirmation of a chapter 11 plan of the Debtors, all or a portion of such Claims. Upon future order of the Court, the Debtors may establish similar procedures for any person, groups of persons, or Entities that have acquired or, as a result of a proposed transaction would acquire, beneficial ownership of a substantial amount of other Claims against the Debtors.

Any acquisition or transfer of Claims against the Debtors in violation of the Claims Procedures will be null and void ab initio and any action in violation of the Claims Procedures may lead to sanctions being imposed by the Bankruptcy Court.

The Procedures are available on the website of the Debtors' Court-approved claims agent, Kroll Restructuring Administration LLC, located at https://cases.ra.kroll.com/TPCgroup, and also on the docket of the Chapter 11 Cases, Docket No. 348, which can be accessed via PACER at https://www.pacer.gov.

A direct or indirect holder of, or prospective holder of, a substantial amount of Claims against the Debtors, should consult the Procedures.

Dated: July 1, 2022, Wilmington, DE BY ORDER OF THE COURT

¹ The Procedures are annexed to the Final Order (defined herein) as Exhibit 1.

² Capitalized terms used but not defined in the Procedures annexed as Exhibit 1 to the Final Order.

---

NOTICE OF REDEMPTION
OF
6.25% SERIES A CUMULATIVE STANDARD PREFERRED SHARES
OF
OCEAN SPRAY CRANBERRIES, INC.

This Notice is being given, on behalf of Ocean Spray Cranberries, Inc., a Delaware corporation (the "Company"), pursuant to Article FOURTH, Section J(6)(B)(i) of the Restated Certificate of Incorporation of the Company (as amended, the "Certificate of Incorporation"). The Board of Directors of the Company have determined that it is advisable for the Company to redeem all 1,500,000 shares of 6.25% Series A Cumulative Standard Preferred Shares, par value $100.00 per share (the "Series A Standard Preferred Stock") that are issued and outstanding as of immediately prior to August 9, 2022 (the "Redemption Date").

The Company is hereby giving notice to the holders of record of its Series A Standard Preferred Stock that, subject to and contingent upon a determination by the Company that the Redemption (as defined herein) can be effected and completed in compliance with any covenants, requirements or other obligations under the then-effective loan agreements, credit facilities and other borrowing arrangements the Company may hold with its lenders (the "Redemption Contingencies"), all 1,500,000 shares of Series A Standard Preferred Stock that are issued and outstanding as of immediately prior to the Redemption Date shall automatically be redeemed by the Company (the "Redemption") at the Redemption Date for the right to receive the redemption consideration of $100 per share of Series A Standard Preferred Stock, with the aggregate redemption price of $150,000,000, plus any accumulated and unpaid dividends, if any, thereon to and including the Redemption Date, payable in cash without interest (the "Redemption Price"). Dividends on the shares of Series A Standard Preferred Stock to be redeemed shall cease to accumulate on such Redemption Date.

All such shares have been called for redemption at the Redemption Date and the Company has irrevocably set aside funds to pay the redemption consideration to the holders of shares of Series A Standard Preferred Stock so called for redemption, subject to and contingent upon the Redemption Contingencies. No further action on the part of the Company, any holder of Series A Standard Preferred Stock or any other person or entity is required to effect the redemption of shares of Series A Standard Preferred Stock so called for redemption at the Redemption Date. To receive payment of the Redemption Price, holders of shares of Series A Standard Preferred Stock so called for redemption at the Redemption Date are hereby instructed to surrender the certificate(s) representing such shares to the Company, at Computershare, Inc., Attn: Corporate Actions, 150 Royall Street, Canton, MA 02021.

Date of Notice: July 7, 2022

---

The New York Times Cooking

Recipes and inspiration to suit every style.
Give a New York Times Cooking gift subscription for $40.

nytcooking.com/gift



# **EXHIBIT B**

# Chicago Tribune

Sold To:
Miller Advertising (Interactive) - CU00004989
909 Third Avenue, 15th Floor
New York,NY 10022

Bill To:
Miller Advertising (Interactive) - CU00004989
909 Third Avenue, 15th Floor
New York,NY 10022

Classified Advertising: 7246260
Purchase Order: R7050029

Certificate of Publication:

State of Illinois - Cook

**Chicago Tribune Media Group** does hereby certify that it is the publisher of the Chicago Tribune. The Chicago Tribune is a secular newspaper, has been continuously published Daily for more than fifty (50) weeks prior to the first publication of the attached notice, is published in the City of Chicago, State of Illinois, is of general circulation throughout that county and surrounding area, and is a newspaper as defined by 715 IL CS 5/5.

This is to certify that a notice, a true copy of which is attached, was published 1 time(s) in the Chicago Tribune, namely one time per week or on 1 successive weeks.  The first publication of the notice was made in the newspaper, dated and published on 7/08/2022, and the last publication of the notice was made in the newspaper dated and published on 7/08/2022.

This notice was also placed on a statewide public notice website as required by 715 ILCS 5/2. 1.

On the following days, to-wit: **Jul 08, 2022**.

Executed at Chicago, Illinois on this

11th Day of July, 2022, by

**Chicago Tribune Company**

_____
Jeremy Gates

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| PWM Property Management LLC, *et al.*,[1] | ) Case No. 21-11445 (MFW) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AUCTION**

**PLEASE TAKE NOTICE** that, on July 1, 2022, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 744] (the "**Bidding Procedures Order**"), which, among other things, approved the bidding and auction procedures attached to the Bidding Procedures Order as Schedule 1 (the "**Bidding Procedures**")[2] and authorized the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") to conduct an auction (the "**Auction**") to consider competing bids to sponsor the Debtors' plan of reorganization in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction, if any, shall commence on July 26, 2022 at 10:30 a.m. (prevailing Eastern Time) (and may continue to July 27, 2022 or such other date selected by the Debtors) via remote video or in-person, at the Debtors' election. In the event the Debtors elect to conduct the Auction in-person, the Auction shall take place at the offices of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020. For the avoidance of doubt, any party, other than a Qualified Bidder, that wishes to attend the Auction may do so via remote video.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise determined by the Debtors, only the following parties and their respective representatives and counsel shall be entitled to attend the auction: (i) the Debtors; (ii) any Qualified Bidder, including the Stalking Horse Bidder (if any); (iii) the U.S. Trustee; (iv) the Special Servicers; (v) the Mezzanine Lenders; (vi) 245 Park Mezz Funding LLC and SLG Member; (vii) HNAGNA and its non-Debtor affiliates; and (viii) any other creditor of the Debtors that delivers to Debtors' counsel a written request to attend the Auction (by email to barrett.lingle@whitecase.com) no later than 24 hours prior to commencement of the Auction. Only Qualified Bidders will be entitled to make any Bids at the Auction.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained by visiting the Debtors' restructuring website at https://omniagentsolutions.com/PWM.

Dated: July 1, 2022, Respectfully submitted, */s/ Allison S. Mielke*  , Edmon L. Morton (No. 3856), Kenneth J. Enos (No. 4544), Allison S. Mielke (No. 5934), YOUNG CONAWAY STARGATT & TAYLOR, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (302) 571-6600, emorton@ycst.com, kenos@ycst.com, amielke@ycst.com -and- Thomas E Lauria (admitted *pro hac vice*), Fan B. He (admitted *pro hac vice*), WHITE & CASE LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, (305) 371-2700, tlauria@whitecase.com, fhe@whitecase.com -and- Bojan Guzina (admitted *pro hac vice*), Jason N. Zakia (admitted *pro hac vice*), Gregory F. Pesce (admitted *pro hac vice*), WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, (312) 881-5400, bojan.guzina@whitecase.com, jzakia@whitecase.com, gregory.pesce@whitecase.com, *Counsel to Debtors and Debtors-in-Possessio*n

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759).  The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

[2]  Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

Chicago Tribune

Publication Date: 07/08/2022

This electronic tearsheet confirms the ad appeared in The Chicago Tribune on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Client Name:
Advertiser:
Section/Page/Zone: NEWS/1012/ALL
Description:

Ad Number:
Insertion Number:
Size:
Color Type:

## STUFF WANTED

- **Motorcycles Wanted** Cash Paid! All Makes! Will Pick Up. Reasonable. **630-660-0571**

**BUYING RECORD ALBUMS!** Rock, Jazz & Blues. Also vintage baseball cards! **847-343-1628**

**BUYING TOY TRAINS** LIONEL, AMERICAN FLYER, HO, BRASS, OLD TOYS,COIN OPERATED-GAMES,COKE MACHINES, SLOT CARS, OLD SIGNS! Dennis **630-319-2331**

**COLLECTOR BUYING COMIC BOOKS** FAIR & HONEST - CASH PAID **630-358-9171**

**Freon Wanted** Certified buyer looking to pay CA$H R11, R12, R500 and more. Call Kurt **312-626-3558**

**Wanted: Oriental Rugs** Any size/ Any condition - for cash. *** **CALL 773-575-8088** ***

**WE BUY COMIC BOOKS!** Top Prices Paid Will Come To You **888-88-COMIC ComicBuyingCenter.com**

## STUFF FOR SALE

**6 Bicycles For Sale:** Three 26inch, Two 20inch $135/each , One Schwinn, $150, One JC Higgins $100, One Raleigh $100, All 2 Wheel **708-839-0240**

## Cars/Wheels

**Ford Explorer 1999** Needs linkage in trans, motor is good. $2,000. 773-536-7775

**Ford Shelby GT350 2007** #1839, 8,100 MILES, EXCELLENT CONDITION, CLIMATE CONTROLED GARAGE STORAGE, $28,000, BETHANY, ILLINOIS 217-665-3854

## Antiques/Classics & Equipment

**Volkswagen Beetle (Pre-1980) 1972** 2 Door Blue Good Shape Running, $7500 150k miles 708-839-0240

## DOGS

**AKC French Bulldog Puppies** 4403137170
**Northeast Ohio** 3950 2 Males/2 Females
Raised in our home with love, first shots, vet checked, health guarantee Ready July 16

**Goldendoodle puppies** 815-499-6718
**Dixon, IL** $1500 Females
www.kimsk9s.com 1st shots/dewormed

## ASSUMED NAMES

Notice is hereby given, Pursuant to "An Act in relation To the use of an Assumed Business Name in the conduct or transaction of Business in The State" as amended, that a Certification was filed by the Undersigned with the County Clerk of Cook C**ounty** Fi**le No. Y22009328** on the D**ate: June 24, 2022**
Under the Assumed Name of: **Brainz Vision** with the business located at:
**2070 HASSELL RD APT 103**
**HOFFMAN ESTATES, IL, 60169**
The true name and residence Address of the owner is: **OPEYEMI OSENI**
**2070 HASSELL RD APT 103**
**HOFFMAN ESTATES, IL, 60169**
**7/1, 7/8, 7/15/2022 7241713**

## LEGAL NOTICES GOVERNMENT/EDUCATION

**REQUEST FOR QUALIFICATIONS**
**HIGHLAND PARK PUBLIC LIBRARY**

Architectural Services

The Highland Park Public Library Board of Trustees will receive statements of qualifications from Architects for a proposed expansion project.

A description of the project and submittal requirements may be obtained at the library's website hplibrary.org/rfps or by contacting Pamela Siegel at 847-579-6819.

Qualification statements are due by August 24, 2022 by 2:00 p.m. CST.
7/8/2022 7244444

**INVITATION FOR ALTERNATIVE PROPOSALS FOR 2719 E 75TH PL; 2716 E 76TH ST; 7607 S SAGINAW AVE; 2733 E 76TH ST; 2731 E 76TH ST; 9230 S CLYDE AVE; AND 2727 E 93RD ST IN CHICAGO, ILLINOIS**

The City of Chicago, Department of Housing, Homeownership Bureau, has received a City Lots for Working Families ("CL4WF") application from R & D Builders LLC the ("Developer") of 3935 S Wells St, Unit 1, Chicago, Illinois to purchase City-owned property containing a total land area of approximately 36,300 square feet, located at the following addresses (the "Property"):

2719 E 75TH PL 21-30-306-006
2716 E 76TH ST 21-30-306-016
7607 S SAGINAW AVE 21-30-312-001
2733 E 76TH ST 21-30-316-010
2731 E 76TH ST 21-30-316-009
9230 S CLYDE AVE 25-01-409-028
2727 E 93RD ST 26-06-320-038

The Developer has proposed to acquire the subject Property under the terms of CL4WF program to build affordable, single-family housing and has agreed to pay $9 ($1 per home built) – as authorized in the CL4WF program ordinance - which is less than the $84,500 appraised fair market value for all seven lots.

Prior to further consideration of the proposed purchase, the Department of Housing desires to invite proposals from others interested in the acquisition of the Property.

All proposals are required to be submitted in writing to the:

Department of Housing | Homeownership Bureau
Attention: Irma Morales
2 N Lasalle St | Suite 620
Chicago, Illinois 60602

on or before August 8, 2022, by 2:00 p.m. Each proposal must describe the general plan for development of the Property, the price offered for the Property, the names of the party or parties making the proposal, evidence of financial qualifications and capacity to complete said development, and timetable for implementation of the proposal.

The City of Chicago reserves the right to reject any or all proposals or to request additional information or clarification of any proposal. No proposal will be accepted from any person, firm or corporation who is in default on any loan or debt owed to the City of Chicago, either as principal or surety, or is otherwise in breach of any contract or obligation to the City.

The City of Chicago, Department of Housing is an Equal Employment Opportunity/ Affirmative Action Employer. If you are developer with a disability or need assistance regarding the invitation, please call the Homeownership Bureau at (312) 744-0141.

Marisa Novara

Commissioner
7/8, 7/15 & 7/22/2022 7246331

## LEGAL NOTICES GOVERNMENT/EDUCATION

**DATE ADVERTISED: FRIDAY, JULY 08, 2022 COUNTY OF COOK OFFICE OF THE CHIEF PROCUREMENT OFFICER FOR THE BUREAU OF TECHNOLOGY REQUEST FOR PROPOSALS (RFP) FOR ENTERPRISE IDENTITY AND ACCESS MANAGEMENT (IAM) IMPLEMENTATION RFP NO.: 2112-18598**

RFP Document: The RFP document is available for download at: https://cookcountyil.bonfirehub.com/portal/?tab=openOpportunities

Contact Person: If you are not able to download the RFP or if you have other questions, please contact Yaneth Lopez, Senior Contract Negotiator, at (312) 603-4476 or Yaneth.Lopez@cookcountyil.gov

Non-Mandatory Pre-Proposal Conference Date, Time, and Location:
Monday, July 18, 2022 at 3:00 PM (Local Time – Chicago).
**Please see solicitation for details on meeting location.**

Questions: Questions can be submitted via Bonfire to the contact person above until 05:00 PM (Local Time – Chicago) on Thursday, July 28, 2022.

Proposal Due Date, Time, and Location: Thursday, September 01, 2022 at 10:00 AM (Local Time – Chicago) All Proposals must be submitted electronically and uploaded to https://cookcountyil.bonfirehub.com/portal/?tab=openOpportunities following the instructions set forth in the RFP Solicitation document.

Toni Preckwinkle
President,
Cook County
Board of Commissioners

Raffi Sarrafian
Chief Procurement Officer

Late Proposals Will Not Be Accepted
7/8/22 7246069

**LEGAL ADVERTISEMENT**
**July 8, 2022**
**CITY OF CHICAGO**
**DEPARTMENT OF PROCUREMENT SERVICES**

The Bidder must complete and submit an Electronic Bid prior to the bid due date. An electronic bid must be submitted through the City of Chicago's website at **www.cityofchicago.org/eprocurement**, on or before the due date and time stated below. The City's system will not accept electronic bids after the due date and time. Bidders must register for a log-in account to submit an electronic bid. Please allow up to three business days for creation of your log-in account. Paper bids will not be accepted. All Bids will be opened and publicly read aloud for the following:

NOTICE OF ADDENDUM: **Addendum #3 Bid Postponement will be e-mailed to all bidders on the Bid Opportunity Take Out List**

DESCRIPTION: **CITYWIDE IRRIGATION SYSTEM, MAINTENANCE, REPAIR, DESIGN AND INSTALLATION GROUP A: NORTH REGION; GROUP B: CENTRAL REGION; GROUP C: SOUTH REGION, AND GROUP D: LAKE SHORE DRIVE**

BID DOCUMENT CAN BE DOWNLOADED AND PRINTED FROM URL ADDRESS: www.cityofchicago.org/eprocurement

SPECIFICATION NO: **219414**
RFQ NO: **8212,3**
ORIGINAL BID/PROPOSAL OPENING DATE: June 16, 2022
REVISED BID/PROPOSAL OPENING DATE: July 15, 2022 Per Addendum # 2
REVISED BID/PROPOSAL OPENING DATE: August 12, 2022 Per Addendum # 3

TIME: 11:00 a.m., Central Time
CONTACT: Amanda Gooch,
Procurement Specialist
Email: Amanda.Gooch@cityofchicago.org
Pub: 7/8/2022 7246762

## LEGAL NOTICES

**NOTICE OF SERVICE OF PROCESS BY PUBLICATION STATE OF NORTH CAROLINA JONES COUNTY IN THE GENERAL COURT OF JUSTICE DISTRICT COURT DIVISION 19 CVD 457 MARIALENA ELIZABETH SALAS VS. CHRISTOPHER VICTOR SORKEN**
To: CHRISTOPHER VICTOR SORKEN
TAKE NOTICE that a pleading seeking relief against you has been filed in the above-entitled action. The nature of the relief being sought is: ABSOLUTE DIVORCE.
You are required to make defense to this pleading and / or otherwise properly respond not later than August 11, 2022 (40 days from date of first publication), and upon your failure to do so, the party seeking service against you will apply to the Court for the relief sought.
This the 1st day of July, 2022.
A. Bowden Johnson, (42917)
Attorney for Plaintiff
c/o The Houser Law Firm, P.C.
PO Box 279
Jacksonville, NC 28541
(910) 333-9679
Pursuant to N.C.G.S. § 1A-1, Rule 4(j1)
July 1, 8, & 15, 2022 - 7238661

BUSINESS & SERVICE DIRECTORY
PLEASE VISIT CHICAGOTRIBUNE.COM/ADVERTISER TO PLACE LISTING

## ENTERTAINMENT SERVICES

**MMTNDOTWORLD.COM** Popular Movies From AMAZON. Coupons, Deals & Discounts. **630-729-4353**

The curse has lifted.
Buy Cubs tickets in our Merchandise category.
Call 312-222-2222
Chicago Tribune

SELL YOUR
HOME
TO PLACE YOUR AD, VISIT
CHICAGOTRIBUNE.COM/ADVERTISER
OR CALL 312 222 2222

## LEGAL NOTICES

**Notice of Lien Sale / Public Auction**
In accordance with the provisions of State law, there being due and unpaid charges for which the undersigned is entitled to satisfy an owner and/or manager's lien of the goods hereinafter described and stored at the **Life Storage location(s) listed below**.
**#424, 2051 North Austin Ave Chicago, IL 60639 Ph 773.237.2713:** 1239 Linell Hunter, 2017 Dajuan Gordon, 2123 Tiara S Johnson, 2127 Diego Hernandez-Correa, 2178 Patricia Barajas, 3004 Brendon Thornhill. **#479, 2850 N Pulaski Road Chicago IL 60641 Ph 773.283.4150**: 1401 Tommy Dillian, 1721 Press Syndication, 1101 Press Syndication, 1269 Press Syndication, 1275 Press Syndication, 1347 Press Syndication, 1600 Manuel Naanep, 1365 Patrick Black, 1459 Reggie Whitley, 1313 Daisey Cuenca, 1142 Christopher E Ward, 1395 Vanessa Jackson, 1572 John Nowak, 1465 Santos Davila, 1336 Daniela Valadez. **#548, 2301 W. Algonquin Rd Algonquin IL 60102 Ph. 847.658.5968**: 198 Cinnamon Trammell, 661 Ardijana Asani. **#549, 2253 Randall Rd Carpentersville IL 60110 Ph 847.836.2431**: 182 Troy Hughes. **#552, 4014 W Grand Ave Chicago IL 60651 Ph 773.235.2884**: 10 Shana Perry, 71 Shieler Cubie, 164 Shanda Miller, 223 Pete Ortiz, 281 Melanie Sims, 391 Larry Coburn, 410 Jamyla Smith, 423 Brenda A Sims-Lloyd, 456 Jose Sanchez, 461 Kanika Butler, 490 Natasha Grant, 560 Lois L Fahrenholz, 558 Luis Llerena, 565 Lucerito Galeana, 621 Nilda Montanez, 668 Jasmine Rowzee, 712 Michael Gomire, 727 Ramona Ledesma-Maldonado, 746 Maria L Pabon, 762 Shielsylnique Pigram, 808 Sharon Quiles, 809 Dinah Gordon, 835 Jonathan Lopez. **#558, 6603 W Diversey Ave Chicago, IL 60707 Ph 773.237.3030:** B1172 Guadalupe Villalba, C2197 Jaime Marquez, B1117 Thalia G Roman, B2173 Ivette Irizarry. D2145 Lawrence Jones, D2213 Luzjanet Lopez, D2215 JoAnne Cannone, D2193 Tania Benitez. **#560, 450 Airport Rd Elgin IL 60123 Ph 847.888.1834**: 560 Jeff Beard, 579 Tamica White, 765 Anthony Tonge, 771 Paul Ayala. **#561, 7524 N Paulina St Chicago IL 60626 Ph 773.381.1417**: 370 Leslie Walker, 426 Leslie Walker, 463 Dave Lindbergh, 500 Robert Stolz, 586 Kelly Nolte, 630 Leticia Posey, 972 Michael Graves, 1010 Mardell Clinkscales.**#564, 4500 W Grand Ave Chicago, IL 60639 Ph 773.235.8452:** 437 Clifford Willams, 551 Janise Beck, 582 Kendra Grays, 157 Latoya James, 297 Patrick Wandick, 543 Reynard E Jones, 635 Jeffery Berkley, 782 Silvia Mazariegos, 599 Xiomrara Perez, 264 Lisa Bridgford. **#569, 1800 Des Plaines Ave Forest Park IL 60130 Ph 708.209.1100**: 2055 Jerenia Harrison, 2299 Antonio Lara, 2301 Beatriz Alejandro, 2357 Paul Skenandore, 2202 Cassandra Ray, 2215 Michael L Smith ,1198 Wesley Harris **#7208, 1400 N. Cicero Ave Chicago, IL 60651 Ph 773-832-7809**: 1075 Kamil Duncan, 1247 Jessica McClain, 5088 Ashley Vintimilla, 4091 Regina Conner, 2030 Tikita Chatman, 1161 Cheryl Reese, 3021 Michael Maxey, 5078 Katia Salomon, 5178 Ammar Jawed, 5174 Jasmine Crowell, 1016 Dulce Pilo, 1082 Ashley Nelson, 4207 Eyonnia Brown, 4117 huey davis jr, 5095 Ericka Bagley, 1156 Angel Perez, 1312 Donald Dee Benade Williams, 2011 Nelson B Zayas, 1314 Donald Dee Benade Williams, 1330 Adonis D Horton, 5162 Randal Styles, 2057 Natasha Wright, 4087 Sharon L Correa, 4170 Mark A Brown, 1029 Lakenya Haggard, 4146 Juan Lagunas, 5026 Willie Funthes, 5096 Ana Suarez. **#7209, 5746 W. Roosevelt Rd Chicago, IL 60644 Ph 224-232-0432:** 1503 Venicca Montique, 1227 Shana Obannon, 105 Dariesha Barnes, 1049 Andres Leyva, 110 Doran A Woods, 151 Jermaine Reed, 1028 Jeanete Guyton, 2104 Darryl Bates, 172 Terrell Johnson, 2245 Hector Gomez, 2219, Kemekko Williams, 2214 Brandon Cruz, 1456 Anastasia Williams, 1469 Charlie Sturdivant, 2229 Frances Mercado, 1261 Kayleena Craig, 1254 Carla R Connors, 174 Chris Boyles, 2470 Zainab Kubba. **#1112, 465 N Deplaines St Chicago, IL 60654 Ph 312-546-7559**: 5158 Jennifer Richter, 3104 Marc Singer, 2205 Matthew Dexter, 2103 Christopher Korokeyi, 2196 Hiliary Coleman,
5014 Iola Benjamin
And, due notice having been given, to the owner of said property and all parties known to claim an interest therein, and the time specified in such notice for payment of such having expired, the goods will be sold to the highest bidder or otherwise disposed of at a public auction to be held online at www.StorageTreasures.com which will end on Thursday, July 28th, 2022 at 10:00 AM.
Pub: 7/1 & 7/8/2022 7242237

**Notice of Lien Sale / Public Auction**
In accordance with the provisions of State law, there being due and unpaid charges for which the undersigned is entitled to satisfy an owner and/or manager's lien of the goods hereinafter described and stored at the **Life Storage location(s) listed below**.
**#425, 345 North Western Ave Chicago IL 60612 Ph 312.421.0200**: 242 Patrick D LAHA, 311 Travis Parks, 603 Pamela Woods, 656 Justin Johnson, 676 Paul Hlepas, 727 Julie Herr and Associates. **#426, 615 W Pershing Rd Chicago IL 60609 Ph 773.376.5167**: 262 Marquita Hill, 308 Jarita Coleman, 156 Joyce Cheers, 242 Maria Bautista. **#432, 3626 N Broadway St Chicago IL 60613 Ph 773.697.7674**: 2093 Thomas Tovar. **#467, 1625 S Ashland Ave Chicago IL 60608 Ph 312.465.2977**: 2018 Terrence J Anderson, 2053 Reggie Thompson Seay, 2056 Jada Paul, 2093 Brenda Malave, 2104 Olivia Hudson, 2143 Sylvester Presley, 2168 Tierra Meeks, 3058 Jesus Cambray, 3168 Natasha Atkins. **#480, 5253 West 111th Street Alsip IL 60803 Ph 708.425.4499**: K1 Alejandro Rosas, 3063 Monisha Cohen, F47 JaQuan Morris, K14A Vonitia Wise, J4 Belinda Matos, C41 Timothy Sterk, F92 Joseph Downes, K47B James Fascetta. **#551, 2361 S State St Chicago IL 60616 Ph 312.842.0004**: 188 Susan Plummer, 1152 Rosemary Malone, 2038 Deenaa Williams, 2103 Isaiah Polk, 2160 David Scott, 2187 Carrie Combs, 2202 Sebastien Goulet, 3060 Helene Sanders, 3110 Bria Perkins, 3141 Mary Joseph, 3154 Charles Dean, 4017 Moniah McConico, 4034 Tyler Loftin, 4073 Vanessa L Lowery, 4137 Isaiah Grant, 4140 Melisa Daniels. **#556, 7700 W 79th St Bridgeview IL 60455 Ph 708.924.9484:** 1155 Jordan Losiniecki ,1187 Lisette Vargas, 1572 Marc Dailydis, 1602 Nathanael Grant, 1703 Andrea Haisman, 1721 Colleen C Quinlivan. **#562, 21700 S Cicero Ave Matteson IL 60443 Ph 708.748.4987**: 132 Braxton Usher, 197 Portia Mittons, 202 Brigitte Newson, 207 Sela Robinson, 253 Christopher Parks, 287 Adam Hollingsworth, 334 David Beeck, 376 Heaven Scent, 384 Samantha Perkins, 453 Johanna Ramlochan, 0552 Ladonna Pittman, 0559 Sela Robinson, 0627 Alicia Rempson-Langford, 0650 Dorothy J Okara. **#563, 3200 Holeman Ave South Chicago Heights IL 60411 Ph 708.754.6820**: C3 Alonzio Bryant, D50 Donna Plonka, D23 David Gomez, E52 Deneen Steward White, E25 Shonda Gray-Beard. **#565, 3245 W 30th St Chicago IL 60623 Ph 773.376.8577:** 1230 Sandra Leyva, 2016 Manuel Garcia, 2087 Francisco R. Lopez, 2100 Milagros Perez, 2252 Sandra Reyes, 2451 Demecka Williams, 2491 Nancy Villanueva. **#1133, 6331 North Broadway St Chicago IL 60660 Ph 773.764.0282:** 97 Emilio Tanoli, 249 Oscar Garrett, 472 David Montgomery, 479 Treasure Pascal, 841 Constance Montgomery.
And, due notice having been given, to the owner of said property and all parties known to claim an interest therein, and the time specified in such notice for payment of such having expired, the goods will be sold to the highest bidder or otherwise disposed of at a public auction to be held online at **www.StorageTreasures.com** which will end on Thursday, July 28th, 2022 at 10:00 AM.
Pub: 7/1 & 7/8/2022 7242216

## LEGAL NOTICES

**Notice of Lien Sale / Public Auction**
In accordance with the provisions of State law, there being due and unpaid charges for which the undersigned is entitled to satisfy an owner and/or manager's lien of the goods hereinafter described and stored at the **Life Storage location(s) listed below**.
**#405, 1401 N Plum Grove Rd Schaumburg IL 60173 Ph 847.843.1027:** 110 Athena Rousakis, 154 Reuben Haynes, 2025 Henry Herbst Jr, 2061 Aaron Childress, 3002 Stanley T Sikora, 7104 Tiffany J Manzano, 7407 Charlotte Beaureguard. **#417, 11525 184th Place Orland Park IL 60467 Ph 708.478.0561:** 108 Dustin Blatt, 874 P.I' J Elite, 1167 Victor Bell, 875 Vanessa Estes. **#422, 232 South Lake Street Aurora IL 60506 Ph 630.966.0965**: 1198 Joenathan Martin, 1009 James R Higdon, 2106 Angel Holland, 1049 Argelia Alvarez, 2067 Ana M Bueno, 3167 Jessica Santiago, 1204 Laura Metlow, 2100 Michelle Alexander, 3006 Leonard Houtsinger, 1028 Thomas Gibson Jr, 3306 Wilma C Scott, 1058 Argelia Alvarez, 2056 Aida Perez, 3143 Martin Luna, 3055 Selene Bucio, 3261 Jason Stubitsch, 3273 Maria E Rodriguez. **#442, 2625 E Main Street Saint Charles IL 60174 Ph 630.584.0580**: 5127 Andrea L. Tran, 6005 Victor Sanchez, 6121 Tanya Lorton, 6130 Tanya Lorton. **#511, 1125 E St Charles Rd Lombard IL 60148 Ph 630.495.1658**: 3122 Yvonne Yattoni, 4153 Joseph Cejka, 4178 Eric Beard. **#554, 1650 N Randall Rd Aurora IL 60506 Ph 630.907.9870**: 3060 Dekorian Davis, 1040 Christopher S. Westphall, 1257 Amy Blaylock, 2075 Jose R. Barrientos, 3075 Harvey Lake, 3099 Raineil Stearns. **#557, 426 S Westgate St Addison IL 60101 Ph 630.543.6303:** 1138 Paul Gillespie. **#559, 953 S IL Route 83 Elmhurst IL 60126 Ph 630.279.2522**: B11690 Judy Keys, D1146 Lorrie Griffin. **#566, 8531 W 191st St Mokena IL 60448 Ph 815.464.3015:** M152 Gilbert R Garcia, 5077 Brian M Graham. **#568, 1950 N Washington St Naperville IL 60563 Ph 630.505.0001:** 1066 NaSaundria Pruitt, 2009 Jasmine Dean, 6012 Jacob Kniep, 2043 Erick Bandy, 4009 Gene Mathis, 3025 Knikita Martin. **#1111 500 N Kirk Rd Batavia IL 60510 Ph 630.326.6528**: 140 Ronald Hartigan, 546 Faith A Roberts,C-24 Richard Vance, 576 Angel Rodriguez, A-18 Charles Mac Brayne, A-45 Silvano Calin, 206 Danielle R Torrance. **#1115, 1991 W Haven Ave New Lenox IL 60451 Ph: 815.255.8096**: 1280 Shaunte Kelly, 1579 Theresia Johnson. **#8345, 305 S Larkin Ave Joliet IL 60436 Ph: 630.974.5584**: 1012 Helen Warren, 1023 Maynard Anderson, 2022 Alex Kirsch, 2081 Garfield Love, 3053 Charles McIntosh, 3094 Jeff Mahalick, 4069 Julissa V Pintor, 4149 Jerrid S Allen Jr., 4163 Darren Melton, 5070 Michael Brown, 6039 Steven Ferry, 7025 Shawn Chamberlain, A23 Deja Dawson, B64 Jennifer Damico. **#404, 1400 S Skokie Hwy Lake Forest IL 60045 Ph 847.234.0585**: 4052 Stephen Greenwell. **#416, 20765 W Grass Lake Road Lindenhurst IL 60046 Ph 847.356.7950:** 425 Elizabeth Richardt, 1151 Elizabeth Richardt, 1305 Elizabeth Richardt, 703 Kirby Duncan, 817 Lt. Marsha Marks, 1159 Yizreel Tate. **#481, 5860 N Pulaski Road Chicago IL 60646 Ph 773.654.3780**: 211 Catarina Alcauter, 236 Bernardo Jackson, 360 Donna Rawlings, 372 Rogelio Yu, 491 Tamera Brown-Fernandes, 617 Cecelia Grafner, 818 Rose Padilla, 834 Claudia Moreno, 865 Kaaron Whiteside. **#553, 700 E Park Ave Libertyville IL 60048 Ph 847.549.0177**: 1022 Brian Diggs, 1114 Folana Thorns, 1678 Lennon Terry, 2104 Miranda Laffredi. **#555, 6505 Oakton St Morton Grove IL 60053 Ph 847.966.1899**: 1261 Virginia T Cooke, 1353 Vesna Nedic, 1707 Christian D Sorensen. **#571, 1205 Milwaukee Ave Glenview IL 60025 Ph 847.795.0342:** 1039 Mario Galang
And, due notice having been given, to the owner of said property and all parties known to claim an interest therein, and the time specified in such notice for payment of such having expired, the goods will be sold to the highest bidder or otherwise disposed of at a public auction to be held online at **www.StorageTreasures.com** which will end on Thursday, July 28th, 2022 at 10:00 AM.
Pub: 7/1 & 7/8/2022 7242216

## FORECLOSURES

MANLEY, DEAS, KOCHALSKI LLC One East Wacker – Suite 1250 Chicago, IL 60601 IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-R., Plaintiff, v. AWILDA DIAZ; JOHN DIAZ, AKA JOHN P. DIAZ; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; FIRST MIDWEST BANK; UNKNOWN HEIRS AND LEGATEES OF SANTOS DIAZ, DECEASED; JULIE FOX, AS SPECIAL REPRESENTATIVE TO THE ESTATE OF SANTOS DIAZ, DECEASED, Defendants, Case No. 2018CH15074 The requisite affidavit for publication having been filed, notice is hereby given you, Unknown Heirs and Legatees of Santos Diaz, deceased, that the said suit has been commenced in the Circuit Court of the Cook County Judicial Circuit, Cook County, Illinois by the said plaintiff against you and other defendants, praying for the foreclosure of a certain Mortgage conveying the premises described as follows, to-wit: Lot 1 in Block 3 in Fullerton Avenue Manor First Addition, being a subdivision of the North 1/2 of the South 1/2 of the North 1/2 of the East 1/2 of the Southeast 1/4 of Section 29, Township 40 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois. 2658 North Major Avenue, Chicago, IL 60639 13-29-413-021-0000 Now, therefore, unless you, Unknown Heirs and Legatees of Santos Diaz, deceased, and the said above named defendants, file your answer to the complaint in said suit or otherwise make your appearance therein, in the office of the Clerk of the Cook County Judicial Circuit, Cook County, Illinois, on or before August 22, 2022, default may be entered against you at any time after that day and a Judgment entered in accordance with the prayer of said Complaint. E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or contact the Clerk of this Court. You may qualify as a Covered Person under the Governor's Executive Order if you are a resident or tenant of the subject property. You must complete the form "Declaration Under Penalty of Perjury for State of Illinois Executive Order 2020-72" available at www.IHDA.org or at https://df7qosnywqs6g.cloudfront.net/wp-content/uploads/2020/11/Tenants-Declaration-Form.pdf and provide to the plaintiff's attorney and plaintiff to be considered for these protections. Jenna M. Rogers (6308109) MANLEY DEAS KOCHALSKI LLC Attorneys for Plaintiff One East Wacker, Suite 1250, Chicago, IL 60601 Phone: 312-651-6700; Fax: 614-220-5613 Atty. No.: 48928 Email: sef-JMRogers@manleydeas.com One of Plaintiff's Attorneys 8120-924847
7/1, 7/8, 7/15/20227242820

## LEGAL NOTICES

## LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PWM Property Management LLC, *et al.*,[1] | ) | Case No. 21-11445 (MFW) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AUCTION**

**PLEASE TAKE NOTICE** that, on July 1, 2022, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 744] (the "**Bidding Procedures Order**"), which, among other things, approved the bidding and auction procedures attached to the Bidding Procedures Order as Schedule 1 (the "**Bidding Procedures**")[2] and authorized the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") to conduct an auction (the "**Auction**") to consider competing bids to sponsor the Debtors' plan of reorganization in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction, if any, shall commence on July 26, 2022 at 10:30 a.m. (prevailing Eastern Time) (and may continue to July 27, 2022 or such other date selected by the Debtors) via remote video or in-person, at the Debtors' election. In the event the Debtors elect to conduct the Auction in-person, the Auction shall take place at the offices of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020. For the avoidance of doubt, any party, other than a Qualified Bidder, that wishes to attend the Auction may do so via remote video.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise determined by the Debtors, only the following parties and their respective representatives and counsel shall be entitled to attend the auction: (i) the Debtors; (ii) any Qualified Bidder, including the Stalking Horse Bidder (if any); (iii) the U.S. Trustee; (iv) the Special Servicers; (v) the Mezzanine Lenders; (vi) 245 Park Mezz Funding LLC and SLG Member; (vii) HNAGNA and its non-Debtor affiliates; and (viii) any other creditor of the Debtors that delivers to Debtors' counsel a written request to attend the Auction (by email to barrett.lingle@whitecase.com) no later than 24 hours prior to commencement of the Auction. Only Qualified Bidders will be entitled to make any Bids at the Auction.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained by visiting the Debtors' restructuring website at https://omniagentsolutions.com/PWM.

Dated: July 1, 2022, Respectfully submitted, /s/ *Allison S. Mielke*, Edmon L. Morton (No. 3856), Kenneth J. Enos (No. 4544), Allison S. Mielke (No. 5934), YOUNG CONAWAY STARGATT & TAYLOR, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (302) 571-6600, emorton@ycst.com, kenos@ycst.com, amielke@ycst.com -and- Thomas E Lauria (admitted *pro hac vice*), Fan B. He (admitted *pro hac vice*), WHITE & CASE LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, (305) 371-2700, tlauria@whitecase.com, fhe@whitecase.com -and- Bojan Guzina (admitted *pro hac vice*), Jason N. Zakia (admitted *pro hac vice*), Gregory F. Pesce (admitted *pro hac vice*), WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, (312) 881-5400, bojan.guzina@whitecase.com, jzakia@whitecase.com, gregory.pesce@whitecase.com, *Counsel to Debtors and Debtors-in-Possession*

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PWM Property Management LLC (2514); 245 Park Avenue Property LLC (9531); HNA 245 Park Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759). The debtors' service address for purposes of these cases is 245 Park Avenue, Floor 40, New York, New York 10167.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

## FORECLOSURES

N&L No. 1943-41-1 NOONAN & LIEBERMAN, LTD. (Firm ID: 38245) Attorneys 33 N. LaSalle Street, Suite 1150 Chicago, IL 60602 STATE OF ILLINOIS, COUNTY OF Cook, ss – IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION, CHICAGO CONSTRUCTION SERVICES COMPANY, LLC, Plaintiff, vs SKYLINE RESTORATION, INC. D/B/A SKYLINE DKI, AVIS CARR A/K/A AVIS DUNN, WELLS FARGO BANK, N.A., UNITED STATES OF AMERICA, CITY OF CHICAGO, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, Defendants, Case No. 2021 CH 05602.The requisite affidavit for publication having been filed, notice is hereby given to you: UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, defendants in the above-entitled suit has been commenced in the IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION, by the said plaintiff against you and other defendants, praying for judgment of a Claim for Mechanic's Lien, the premises described as follows, to-wit: LEGAL DESCRIPTION: LOT 9 IN BLOCK 23 IN THE ENGLEFIELD BEING A SUBDIVISION OF THE SOUTHEAST ¼ OF SECTION 30, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS. COMMONLY KNOWN AS: 7724 SOUTH WOOD STREET, CHICAGO, ILLINOIS 60620; PROPERTY IDENTIFICATION NO: 20-30-423-027-0000, and which said Mechanic's Lien was made by CHICAGO CONSTRUCTION SERIVCES COMPANY, LLC, as Claimant (s) against SKYLINE RESTORATION, INC. D/B/A SKYLINE DKI as General Contractor, and recorded as document number 2010720199 on April 16, 2020, and for other relief: that summons was duly issued out of said Court against you as provided by law, and that the said suit is now pending. Now, therefore, unless you, the said above named defendant, file your answer to the Complaint in the said suit or otherwise make your appearance therein, in THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION, Richard J. Daley Center, 50 W. Washington, Room 802, Chicago, IL 60602 on or before AUGUST 8, 2022, default may be entered against you at any time after that day and a Judgment entered in accordance with the prayer of said Complaint. Dated, Chicago, Illinois, July 5, 2022. Clerk of the Cook County Circuit Court. THIS IS AN ATTEMPT TO COLLECT A DEBT PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Last known addresses: Unknown Owners-Tenants and Non-Record Claimants, 7724 South Wood Street, Chicago, IL 60620 8120-925027
7/8, 7/15, 7/22/20227246835

F20010267 LCARE IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, CHANCERY DIVISION LoanCare, LLC Plaintiff, vs. The London Court Condominium Association; Illinois Housing Development Authority; Lana J. Wright aka Lana Wright; Unknown Owners and Non-Record Claimants Defendants. CASE NO. 2022 CH 02624 3500 West Church Street, Unit 106, Evanston, Illinois 60203 Perkins Calendar 62 NOTICE FOR PUBLICATION The requisite affidavit for publication having been filed, notice is hereby given you, Lana J. Wright aka Lana Wright, and UNKNOWN OWNERS and NON-RECORD CLAIMANTS, defendants in the above entitled cause, that suit has been commenced against you and other defendants in the Circuit Court for the Judicial Circuit by said plaintiff praying for the foreclosure of a certain mortgage conveying the premises described as follows, to wit: PARCEL 1: UNIT NO. 106 IN THE LONDON COURT CONDOMINIUM AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED REAL ESTATE: THE EAST 146 FEET OF THE WEST 737 FEET OF LOT 11 IN COUNTY CLERKS DIVISION OF THE NORTHEAST 1/4 OF SECTION 14, TOWNSHIP 41 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 25701805 TOGETHER WITH ITS UNDIVIDED INTEREST IN THE COMMON ELEMENTS. PARCEL 2: THE EXCLUSIVE RIGHT TO THE USE OF PARKING SPACE NUMBER 2, BOTH INCLUSIVE, A LIMITED COMMON ELEMENT, AS DELINEATED ON THE SURVEY ATTACHED TO THE DECLARATION AFORESAID RECORDED AS DOCUMENT 25701805. ` P.I.N.: 10-14-224-004-1020 Said property is commonly known as 3500 West Church Street, Unit 106, Evanston, Illinois 60203, and which said mortgage(s) was/were made by Lana J. Wright and recorded in the Office of the Recorder of Deeds as Document Number 0323150031 and for other relief; that Summons was duly issued out of the above Court against you as provided by law and that said suit is now pending. NOW THEREFORE, unless you, the said above named defendants, file your answer to the complaint in the said suit or otherwise make your appearance therein, in the Office of the Clerk of the Court at Cook County on or before JULY 25, 2022, a default may be taken against you at any time after that date and a Judgment entered in accordance with the prayer of said complaint. E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit www.illinoiscourts.gov/FAQ/gethelp.asp. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Diaz Anselmo & Associates, LLC 1771 W. Diehl Rd., Ste 120 Naperville, IL 60563-4947 630-453-6960 | 866-402-8661 | 630-428-4620 (fax) Attorney No. Cook 64727, DuPage 293191, Kane 031-26104, Peoria 1794, Winnebago 3802, IL 03126232 MidwestPleadings@dallegal.com THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR. 8120-924584
6/24, 7/1, 7/8/20227237898

## FORECLOSURES

MANLEY, DEAS, KOCHALSKI LLC One East Wacker – Suite 1250 Chicago, IL 60601 IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6., Plaintiff, v. ILLINOIS HOUSING DEVELOPMENT AUTHORITY; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; UNKNOWN HEIRS AND LEGATEES OF PAULINE SAUNDERS AKA PAULINE SANDERS, DECEASED; DENISE SAUNDERS, Defendants, Case No. 2022CH05550 The requisite affidavit for publication having been filed, notice is hereby given you, Unknown Owners and Non-Record Claimants, Unknown Heirs and Legatees of Pauline Saunders AKA Pauline Sanders, deceased, that the said suit has been commenced in the Circuit Court of the Cook County Judicial Circuit, Cook County, Illinois by the said plaintiff against you and other defendants, praying for the foreclosure of a certain Mortgage conveying the premises described as follows, to-wit: Lot 26 in subdivision of the Northeast 1/4 of the Northwest 1/4 of the Northeast 1/4 of Section 21, Township 37 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. 204 West 111th Place, Chicago, IL 60628 25-21-201-036-0000 Now, therefore, unless you, Unknown Owners and Non-Record Claimants, Unknown Heirs and Legatees of Pauline Saunders AKA Pauline Sanders, deceased, and the said above named defendants, file your answer to the complaint in said suit or otherwise make your appearance therein, in the office of the Clerk of the Cook County Judicial Circuit, Cook County, Illinois, on or before August 23, 2022, default may be entered against you at any time after that day and a Judgment entered in accordance with the prayer of said Complaint. E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or contact the Clerk of this Court. You may qualify as a Covered Person under the Governor's Executive Order if you are a resident or tenant of the subject property. You must complete the form "Declaration Under Penalty of Perjury for State of Illinois Executive Order 2020-72" available at www.IHDA.org or at https://df7qosnywqs6g.cloudfront.net/wp-content/uploads/2020/11/Tenants-Declaration-Form.pdf and provide to the plaintiff's attorney and plaintiff to be considered for these protections. Edward R. Peterka (6220416) MANLEY DEAS KOCHALSKI LLC Attorneys for Plaintiff One East Wacker, Suite 1250, Chicago, IL 60601 Phone: 312-651-6700; Fax: 614-220-5613 Atty. No.: 48928 Email: sef-erpeterka@manleydeas.com One of Plaintiff's Attorneys 8120-924850
7/1, 7/8, 7/15/20227242833

sell your instruments
in the chicago tribune
to place your ad, call 312 222 2222
or visit chicagotribune.com/advertiser

sell your audio equipment
in the chicago tribune
to place your ad, call 312 222 2222
or visit chicagotribune.com/advertiser

YOU DON'T NEED TO BE IN A GAME
TO LIVE IN YOUR DREAM HOUSE
Buy your next home here. To place an ad, call 312 222 2222
or visit chicagotribune.com/advertiser.